IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:09-CV-3286-TCB |
| ) | |
| RICHARD PENNINGTON, et al ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT ORDER
MODIFYING LIMITED PROVISIONS OF CONSENT ORDER SETTING
FORTH INITIAL SPECIAL MASTER MONITORING, DISCOVERY, AND
DISPUTE RESOLUTION PROCEDURES [DOC. NO. 323]**

Upon consideration of the Special Master's Unopposed Motion for Order Modifying Limited Provisions of Consent Order Setting Forth Initial Special Master Monitoring, Discovery, and Dispute Resolution Procedures [Dkt. No. 337] (the "Motion"), and based on the consent of the parties as indicated by the signatures of their undersigned counsel, and for other good cause shown, it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.

It is further

ORDERED, ADJUDGED, and DECREED that the Consent Order Setting Forth Initial Special Master Monitoring, Discovery, and Dispute Resolution Procedures [Doc. No. 323] (the "Procedures Order") is hereby amended and/or modified as follows:

(i) The defined terms "Practice Calhoun Training" and "Practice Training Materials" in the Procedures Order are hereby modified to include the revised Calhoun Training Script shared with Plaintiffs' Counsel and the Special Master on February 23, 2017 and all related materials;

(ii) Plaintiffs are granted an additional twenty (20) days from entry of this Procedures Modification Order to present Materials for Consideration under paragraph 2(E) of the Procedures Order (the "Extended Period"). The expiration of the Extended Period shall be the new deadline for submission of Materials for Consideration contemplated by paragraph 2(E) of the Procedures Order, as modified;

(iii) Prior to the end of the Extended Period, City Counsel and Plaintiffs' Counsel shall convene with the Special Master and APD Training Staff for an interim, additional meeting not contemplated by the original Procedures Order to collaborate regarding the Practice Calhoun Training,

Practice Training Materials, and Materials for Consideration, subject to rules to be circulated by the Special Master (the "Third Meeting"). Everything discussed at the Third Meeting will be considered Materials for Consideration under the Procedures Order, as modified by this Procedures Modification Order;

(iv) All remaining deadlines and procedures that are causally correlated to or derived from the delivery of Materials for Consideration (as set forth at paragraph 2(E) of the Procedures Order), including specifically those set forth at paragraphs 2(G), 2(H), and 2(I), are suspended pending delivery of additional Materials for Consideration and expiration of the Extended Period;

(v) The reference in paragraph 2(G) to "Second Meeting" is amended, revised, and restated to "Third Meeting, if possible". The reference in paragraph 2(H) to "Second Meeting" is amended, revised, and restated to "Third Meeting and Extended Period". The reference in paragraph 2(I) to "Second Meeting" amended, revised, and restated to "Extended Period"; and

(vi)  except as expressly modified by this Procedures Modification Order, all other provisions of the original Procedures Order remain in full force and effect.

**IT IS SO ORDERED** this 8th day of March, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge