IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD PENNINGTON, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NUMBER 1:09-cv-03286-TCB |

**O R D E R**

The Court *sua sponte* notifies the parties that the Court permits and expects *ex parte* communications to occur from time to time by the Special Master with the Court.

IT IS SO ORDERED this 13th day of September, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge