UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | |
|---|---|
| GEOFFREY CALHOUN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action |
| v. | ) File No. 1:09-CV-3286-TCB |
| | ) |
| RICHARD PENNINGTON, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rules 5.4 and 26.3 of the United States District Court for the Northern District of Georgia I hereby certify that I have served PLAINTIFFS' 7/1/19 REQUESTS FOR PRODUCTION TO DEFENDANT CITY OF ATLANTA by email on July 1, 2019, with a paper copy to be hand-delivered to:

    Alisha I. Wyatt-Bullman
    City of Atlanta, Department of Law
    55 Trinity Avenue, Suite 5000
    Atlanta, GA 30303
    aiwyattbullman@AtlantaGa.Gov

So certified this July 1, 2019.

        By:  **Daniel J. Grossman**
              GA State Bar No. 313815
              Attorney for Plaintiffs
              Law Office of Daniel J. Grossman
              1579 Monroe Dr., Suite F-138
              Atlanta, GA 30324
              Telephone: (404) 654-0326
              Email: Dan@DanGrossmanLaw.com