UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | |
|---|---|
| GEOFFREY CALHOUN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action |
| v. | ) File No. 1:09-CV-3286-TCB |
| | ) |
| RICHARD PENNINGTON, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

Pursuant to Local Civil Rules 5.4 and 26.3 of the United States District Court for the Northern District of Georgia I hereby certify that I have served PLAINTIFFS' 7/23/19 REQUESTS FOR PRODUCTION TO DEFENDANT CITY OF ATLANTA by email and United States Mail on July 23, 2019 to:

>Alisha I. Wyatt-Bullman
>City of Atlanta, Department of Law
>55 Trinity Avenue, Suite 5000
>Atlanta, GA 30303
>aiwyattbullman@AtlantaGa.Gov

So certified this July 23, 2019.

>By:   **Daniel J. Grossman**
>GA State Bar No. 313815
>Attorney for Plaintiffs
>Law Office of Daniel J. Grossman
>1579 Monroe Dr., Suite F-138
>Atlanta, GA 30324
>Telephone: (404) 654-0326
>Email: Dan@DanGrossmanLaw.com