UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action |
| v. | ) File No. 1:09-CV-3286-TCB |
| | ) |
| RICHARD PENNINGTON, et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rules 5.4 and 26.3 of the United States District Court for the Northern District of Georgia I hereby certify that I have served the NOTICE OF SUBPOENA OF THE CITY OF ATLANTA by both First Class Mail and email on November 5, 2019 to:

> Alisha I. Wyatt-Bullman
> City of Atlanta, Department of Law
> 55 Trinity Avenue, Suite 5000
> Atlanta, GA 30303
> aiwyattbullman@AtlantaGa.Gov

So certified this November 5, 2019.

> By: **Clayton Skinner**
> GA State Bar No. 360849
> Attorney for Plaintiffs
> The Skinner Law Firm
> P.O. Box 77005
> Atlanta, GA 30357
> Telephone: (706) 215-5006
> Email: clay@vpsouth.com