# Exhibit 1

Email from City counsel to Daniel Grossman, February 21, 2022, at 11:50 AM.



Dan Grossman <dan@dangrossmanlaw.com>

---

# RE: Automatic reply: [EXTERNAL] Calhoun: Request for information about the City's Stop & Think follow-up.
2 messages

---

**Miller, Staci J** <SJMiller@atlantaga.gov>   Mon, Feb 21, 2022 at 11:50 AM
To: Daniel Grossman <dan@dangrossmanlaw.com>
Cc: "Foster, Joshua" <josfoster@atlantaga.gov>, Clayton Skinner <clay@vpsouth.com>, Gerry Weber <gweber@schr.org>, Gerry Weber <wgerryweber@gmail.com>

Good Morning Dan –

Please see the following responses to the January 6, 2022 memos/requests:

1. Memo re: "Informational Sheets" – More informational sheets will be provided to each APD precinct to ensure that the public has physical access to such sheets and knows how to access this feature online.
2. Memo re: Citizen Complaints – APD will perform a comprehensive review of the Sept./Oct. spreadsheets and provide an analysis concerning the cases that have not been closed within 180 days and any irregularities/inconsistencies in the spreadsheet as outlined on pages 13 – 16 of the January 6 memo.
3. Request re: S&T Training – The Stop & Think training has not yet been implemented by APD as it is still being modified to comport with the Mark 43 platform. That training is tentatively scheduled to be released in March 2022.

Thanks!

Best Regards,

Staci J. Miller



**Staci J. Miller, Attorney**

**City of Atlanta Department of Law – Litigation Division**

55 Trinity Avenue, Suite 5000, Atlanta, GA 30303

Office: 404-546-4083

Fax: 404-225-5756

Email:SJMiller@AtlantaGa.Gov