# Exhibit 2

Email from City counsel to Daniel Grossman, June 2, 2022, at 1:33 PM.



Dan Grossman <dan@dangrossmanlaw.com>

## RE: [EXTERNAL] Memo re City's non-compliance with the Citizen Complaint requirements of the Calhoun Court Order

1 message

---

**Miller, Staci J** <SJMiller@atlantaga.gov>   Thu, Jun 2, 2022 at 1:33 PM
To: Dan Grossman <dan@dangrossmanlaw.com>, "Foster, Joshua" <josfoster@atlantaga.gov>
Cc: Gerry Weber <wgerryweber@gmail.com>, Gerry Weber <gweber@schr.org>, Clayton Skinner <clay@vpsouth.com>

Good Afternoon Dan –

I am in receipt of your memo and will review said memo with my client. Thanks!

Best Regards,

Staci J. Miller



**Staci J. Miller, Attorney**

**City of Atlanta Department of Law – Litigation Division**

55 Trinity Avenue, Suite 5000, Atlanta, GA 30303

Office: 404-546-4083

Fax: 404-225-5756

Email:SJMiller@AtlantaGa.Gov

**CONFIDENTIALITY NOTICE:**  This message, including attachments, may contain confidential information and is protected by the attorney-client privilege, work product doctrine and may be otherwise legally exempt from disclosure. It is intended exclusively for the individual or entity to which it is addressed. If you are not the intended addressee, you are not authorized to read, print, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Dan Grossman <dan@dangrossmanlaw.com>
**Sent:** Thursday, May 26, 2022 11:06 AM
**To:** Miller, Staci J <SJMiller@AtlantaGa.Gov>; Foster, Joshua <josfoster@AtlantaGa.Gov>
**Cc:** Gerry Weber <wgerryweber@gmail.com>; Gerry Weber <gweber@schr.org>; Clayton Skinner <clay@vpsouth.com>

**Subject:** [EXTERNAL] Memo re City's non-compliance with the Citizen Complaint requirements of the Calhoun Court Order

Dear Staci and Joshua,

I am attaching a memo detailing the City's non-compliance with the Citizen Complaint requirements of the *Calhoun* Court Order during the first four months of 2022.

Dan

--

Daniel J. Grossman

Law Office of Daniel J. Grossman

5101 Old Highway 5, #701

Lebanon, GA 30146


http://dangrossmanlaw.com/