# Exhibit 10

September, 2021 City of Atlanta Spreadsheet



| | Inc: IA No | Inc: Open date | Cit: First name | Cit: Last name | Off: First name | Off: Last name | Alleg: Allegation | Inc: Disposition | Act: Action taken | Inc: Completed date | Act: Days or hours suspended |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **CLOSED FILES SEPTEMBER** | | | | |
| 2 | Inc: IA No | Inc: Open date | Cit: First name | Cit: Last name | Off: First name | Off: Last name | Alleg: Allegation | Inc: Disposition | Act: Action taken | Inc: Completed date | Act: Days or hours suspended |
| 3 | 20C0192UAF | 04/09/2020 | ALEXIS | LEE | RONALD | WHALEY | 2.50 Maltreatment or Unnecessary Force | SUSTAINED | SUSPENDED | 09/02/2021 | 10 |
| 4 | 20C0192UAF | 04/09/2020 | ALEXIS | LEE | RONALD | WHALEY | 2.52 Report Writing When Forced is Used | SUSTAINED | SUSPENDED | 09/02/2021 | 3 |
| 5 | 20C0192UAF | 04/09/2020 | ALEXIS | LEE | RONALD | WHALEY | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 09/02/2021 | 2 |
| 6 | 20C0192UAF | 04/09/2020 | ALEXIS | LEE | LAWRENCE | HOLLAND | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 09/02/2021 | 1 |
| 7 | 20C0192UAF | 04/09/2020 | ALEXIS | LEE | LAWRENCE | HOLLAND | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 09/02/2021 | 0 |
| 8 | 20C0192UAF | 04/09/2020 | ALEXIS | LEE | LAWRENCE | HOLLAND | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 09/02/2021 | 0 |
| 9 | 20C0192UAF | 04/09/2020 | ALEXIS | LEE | LAWRENCE | HOLLAND | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 09/02/2021 | 0 |
| 10 | 20C0447CTSY | 11/04/2020 | GIOVANNI | ARMANI | COREY | MOORE | 2.02 Courtesy | SUSTAINED | NO ACTION TAKEN | 09/07/2021 | 0 |
| 11 | 20C0447CTSY | 11/04/2020 | GIOVANNI | ARMANI | MICHAEL | BRATTON | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 09/07/2021 | 0 |
| 12 | 20C0447CTSY | 11/04/2020 | GIOVANNI | ARMANI | PRINCE | BOBO | 2.02 Courtesy | SUSTAINED | NO ACTION TAKEN | 09/07/2021 | 0 |
| 13 | 20C0502CTSY | 12/18/2020 | BENJAMIN | LOGAN | KIMBERLY | COLLINS | 2.02 Courtesy | SUSTAINED | ORAL ADMONISHMENT | 04/30/2021 | 0 |
| 14 | 21C0022SOP | 01/14/2021 | MAIYUM | ARGOTE | TROY | BELTON | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 09/07/2021 | 2 |
| 15 | 21C0028SOP | 01/20/2021 | SELWYN | VERNON | KYLE | ANDERSON | 0 | NOT SUSTAINED | NO ACTION TAKEN | 09/03/2021 | 0 |
| 16 | 21C0028SOP | 01/20/2021 | SELWYN | VERNON | KYLE | ANDERSON | 2.33 Conformance to Directives | NOT SUSTAINED | NO ACTION TAKEN | 09/03/2021 | 0 |
| 17 | 21C0057PE | 01/28/2021 | KERISHA | GOODE | JIMMY | CENESCAR | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 09/07/2021 | 0 |
| 18 | 21C0057PE | 01/28/2021 | KERISHA | GOODE | JIMMY | CENESCAR | 2.30 Recovered Property | SUSTAINED | NO ACTION TAKEN | 09/07/2021 | 0 |
| 19 | 21C0060SOP | 02/01/2021 | LUGENE | ALEXANDER | GEORGE | BLUE | 1.01 Appropriate Action Required | EXONERATED | NO ACTION TAKEN | 09/07/2021 | 0 |
| 20 | 21C0060SOP | 02/01/2021 | LUGENE | ALEXANDER | GEORGE | BLUE | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 09/07/2021 | 0 |
| 21 | 21C0060SOP | 02/01/2021 | LUGENE | ALEXANDER | GEORGE | BLUE | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 09/07/2021 | 1 |
| 22 | 21C0060SOP | 02/01/2021 | TYRIELLE | DEAR | CASI | RUTLEDGE | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 09/07/2021 | 0 |
| 23 | 21C0117CTSY | 03/11/2021 | TYRONE | HOUSTON | ERNEST | MAJOR SR | 2.02 Courtesy | EXONERATED | NO ACTION TAKEN | 05/17/2021 | 0 |
| 24 | 21C0117CTSY | 03/11/2021 | TYRONE | HOUSTON | CHRISTIAN | PENNICK | 2.02 Courtesy | EXONERATED | NO ACTION TAKEN | 05/17/2021 | 0 |
| 25 | 21C0141SOP | 03/31/2021 | AUTUMN | JONES | KATORI | EASON | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 09/29/2021 | 0 |
| 26 | 21C0141SOP | 03/31/2021 | AUTUMN | JONES | KATORI | EASON | 2.21 Submitting Reports | SUSTAINED | ORAL ADMONISHMENT | 09/29/2021 | 0 |
| 27 | 21C0141SOP | 03/31/2021 | AUTUMN | JONES | KATORI | EASON | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 09/29/2021 | 1 |
| 28 | 21C0141SOP | 03/31/2021 | CELESTE | JONES | CHUMA | CHAPMAN | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 09/29/2021 | 0 |
| 29 | 21C0141SOP | 03/31/2021 | CELESTE | JONES | CHUMA | CHAPMAN | 2.21 Submitting Reports | SUSTAINED | WRITTEN REPRIMAND | 09/29/2021 | 0 |
| 30 | 21C0141SOP | 03/31/2021 | CELESTE | JONES | CHUMA | CHAPMAN | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 09/29/2021 | 0 |
| 31 | 21C0163MISC | 4/12/21 | | | JRATEH | KARPEH | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 9/3/21 | 0 |
| 32 | 21C0163MISC | 4/12/21 | | | JRATEH | KARPEH | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 9/3/21 | 0 |
| 33 | 21C0185SOP | 04/29/2021 | PETULA | TOUSSAINT | Mark | Cotter | 1.01 Appropriate Action Required | EXONERATED | NO ACTION TAKEN | 9/3/21 | 0 |
| 34 | 21C0190SOP | 3/17/21 | | | JARRETT | SIEVERS | 2.33 Conformance to Directives | NOT SUSTAINED | NO ACTION TAKEN | 9/3/21 | 0 |
| 35 | 21C0190SOP | 3/17/21 | | | JARRETT | SIEVERS | 2.33 Conformance to Directives | NOT SUSTAINED | NO ACTION TAKEN | 9/3/21 | 0 |
| 36 | 21C0232MISC | 5/27/21 | | | LLOYD | JAYDA | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 9/3/21 | 0 |
| 37 | 21C0232MISC | 5/27/21 | | | LLOYD | JAYDA | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 9/3/21 | 0 |
| 38 | 21C0249SOP | 06/10/2021 | LAPORSHIA | LOCKETT | MARC | THEODULE | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 09/03/2021 | 0 |
| 39 | 21C0253MISC | 06/14/2021 | PAGE | BONDURENT | DOMINICK | BANKS | 1.01 Appropriate Action Required | EXONERATED | NO ACTION TAKEN | 9/3/21 | 0 |
| 40 | 21C0253MSNS | 06/14/2021 | PAGE | BONDURENT | BREANNA | BANKS | 1.01 Appropriate Action Required | EXONERATED | NO ACTION TAKEN | 9/3/21 | 0 |
| 41 | 21C0269MISC | 06/24/2021 | TANESHIA | MCFADDEN | CHANICA | DESMANGLES | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 09/15/2021 | 0 |
| 42 | 21C0292CTSY | 07/09/2021 | KRISTIN | GLOVER | NICOLE | GLOVER | 2.02 Courtesy | NOT SUSTAINED | NO ACTION TAKEN | 09/29/2021 | 0 |
| 43 | 21C0300SOP | 07/27/2021 | DONALD | BANKHEAD | TERRENCE | ABNER | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 09/29/2021 | 0 |