# Exhibit 12

Website Complaint for OPS File 21C0470MISC

APD Citizen Complaint Details                                                                                                Page 1

| | |
|---|---|
| Report Title: | APD Citizen Complaint Details |
| Run Date and Time: | 2021-11-03 01:14:41 PM Eastern Daylight Time |
| Run by: | Kai Mitchell |
| Table name: | sn_customerservice_use_of_force |

### APD Citizen Complaint

| | | | |
|---|---|---|---|
| Number: | APD0001307 | State: | Assigned |
| Channel: | Citizen Reported | Opened: | 2021-11-02 03:35:02 PM |
| Anonymous Citizen: | No | Parent: | |
| Complaint Type: | Use of Excessive Force | IaPro case#: | |
| First Name: | Mark | Assignment group: | APD-OPS Non-Integrity Team |
| Last Name: | Riley | Assigned to: | Kai Mitchell |

**Short description:**
Citizen Use of Force Complaint

**Description:**
When the officer approached my vehicle with his lights on I pulled over immediately because I knew I ran the light. I mistook the turning signal green light for the light to go straight. The officer pulled up behind me and asked me to turn my engine off. As he approached my car his hand was on his gun, which made me nervous to reach for anything but my passport.

He asked for my driver's license and I let him know I only had my passport on me. After this, he asked me to step out of the car and he handcuffed me and put me in the back of his car, I cooperated.

At this point, he begin to explain to me why I was stopped and I admitted what I did and complied with all of his requests. I noticed him escalate his aggression toward me, I proceeded to let him know I am not a criminal and I am a college graduate, and that I understand he has a tough job to do but I would appreciate it if he maintained his professionalism.

By this time, I remembered that I had a picture of my driver's license in my car but I did not give him permission to search my vehicle and find my phone. Nevertheless, he proceeded without permission to go into my car and get my phone, go through my phone and find my driver's license. At this point, he had all of the information necessary to know my identity, however, he still did not release the handcuffs.

He actually decided to hold me even longer by closing his glass door and preventing me from hearing him, and when he eventually did open the window to ask me questions I could barely hear him. I asked could he raise his voice a little so I could hear him better, he insisted that I be quiet and let him speak.

At this point, I realized that the police system was down and he was not able to run my plates or driver's license to verify my identity.

1. If you are able to review the body camera you will see how rude, aggressive and unprofessional this officer was
2. The police system to verify identity was inoperative.
3. The officer unreasonably searched my vehicle without a warrant or probable cause (violation of my fourth amendment right)
4. Kept me in handcuffs after receiving all the information to confirm my identity

The Atlanta Police Department's vision statement states its recognition for professionalism, integrity, and service to their communities. They also state their commitment to striving for excellence, accountability, and effectiveness in their performance. However, in my experience as a tax-paying citizen, I was not treated with professionalism, the integrity of the officer is a reflection of the integrity of the department, and being intentionally abusive, insulting, and repugnant does not follow the department vision statement.

### Incident Summary

| | | | |
|---|---|---|---|
| Incident Date: | 2021-11-01 | Address: | ████████ |
| Incident Time: | 12:30 | City: | Atlanta |

Run By : Kai Mitchell                                                                                   2021-11-03 01:14:41 PM Eastern Daylight Time

P- 4-1-4

APD Citizen Complaint Details  Page 2

| Field | Value | Field | Value |
|---|---|---|---|
| Did this incident include excessive use of force? | Yes | Valid Address: | false |
| Is there any evidence about the incident? (Traffic Tickets, Police Reports, etc): | true | Validated Location: | |
| | | Police Zone: | |
| | | District: | |
| Evidence Description: | I received a traffic ticket for running the red light and not having a driver's license. | Signature of Complaining Party (Type in your full name): | Mark Riley |
| | | Date of Signature: | 2021-11-02 |
| Name of Witness(es) to Incident: | | | |
| Contact Information of Witness(es) to Incident: | | | |
| Name of Officer(s) Involved: | Not sure | | |
| Badge Number of Officer(s) Involved: | 5910 | | |
| Physical Description of Officer(s) Involved: | | | |

### Citizen Information

| Field | Value | Field | Value |
|---|---|---|---|
| Citizen Address: | [redacted] | Telephone Number: | [redacted] |
| Citizen City: | Atlanta | Alternate Phone Number: | |
| Citizen Zip: | 30318 | Email: | [redacted] |
| Citizen State: | GA | Date of Birth: | 1991-09-13 |
| | | Gender: | Male |
| | | Race: | Black or African American |
| | | Employer: | Lyft |

### Investigation Details

| Field | Value | Field | Value |
|---|---|---|---|
| Investigation Manager: | | Investigator: | |
| Investigator Recommended Allegation Findings: | | Recommended Discipline: | |

### Mediation Details

| Field | Value | Field | Value |
|---|---|---|---|
| Mediation Date: | | Mediation Result: | |

### Board Hearing Details

| Field | Value | Field | Value |
|---|---|---|---|
| Board Hearing Date: | | Chief's Decision on Allegations: | |
| Board Hearing Decision: | | Reasons for Disagreement: | |
| | | Discipline Imposed: | |

### Resolution Details

| Field | Value | Field | Value |
|---|---|---|---|
| Resolution code: | OPS Investigation Initiated | Closed: | |
| | | Closed by: | |

APD Citizen Complaint Details

Page 3

**Resolution notes:**

On 11/02/2021, Mr. Riley submitted an online complaint for the interaction he had with Officer David Somers, stemming from a traffic stop on 11/01/2021. I contacted Mr. Riley to get clarification of his complaint and the case number. He provided the APD incident #213050743. Mr. Riley advised that Officer Somers was rude and unprofessional while he was being detained in the back of the police car. He also stated that Officer Somers went inside his vehicle to retrieve his phone without permission. Additionally, Mr. Riley complained that he was handcuffed but allowed to go inside of his vehicle to retrieve the vehicle registration. Mr. Somers clarified it was mainly the officers attitude as opposed to the "excessive force" category when making the complaint.

I reviewed the BWC footage from Officer Somers. Officer Somers initiated the traffic stop for a red light violation. Mr. Riley didn't have a license on his person but gave his passport to Officer Somers for identification purposes. Mr. Riley was detained in handcuffs and placed in the back of the police car. Officer Somers was not able to verify the license or the vehicle registration as ACIC was down. Mr. Riley did say he had a photo of his license on his phone which was in his car. Officer Somers retrieved Mr. Riley's phone from his vehicle. Mr. Riley showed Officer Somers the location of the photo. Mr. Riley answered all Officer Somers questions. At times, audio from Officer Somers BWC may suggest a courtesy violation. Additionally, the reasonableness of keeping Mr. Riley handcuffed as radio was still able to determine wanted status while ACIC was down can be looked into. Mr. Riley was taken out of the police car to get his vehicle registration. Officer Somers uncuffed one hand, while the other hand was still cuffed. Mr. Riley was able to walk around with one handcuff dangling around. He signed his citations with

APD Citizen Complaint Details                                                                 Page 4

> one hand cuffed too. This could present a safety concern to both Officer Somers and Mr. Riley. Due to the aforementioned concerns, I recommend a chain of command investigation.

**Notes**

Work notes list:

Work notes:

| | |
|---|---|
| Related List Title: | Special Handling Notes List |
| Table name: | sn_shn_notes |
| Query Condition: | Sys ID in |
| Sort Order: | None |

None

| | |
|---|---|
| Related List Title: | Email List |
| Table name: | sys_email |
| Query Condition: | Target table = sn_customerservice_use_of_force AND Target = e3c01b82872bfc109bfc635d0ebb3553 |
| Sort Order: | None |

5 Emails

| Created | Recipients | Subject | Type | Notification type | User ID |
|---|---|---|---|---|---|
| 2021-11-02 03:35:08 PM | ▓▓▓▓.edu | APD Case Assigned | sent | SMTP | |
| 2021-11-03 09:26:36 AM | MClayton@AtlantaGa.Gov | Complaint APD0001307 has been assigned to you | sent | SMTP | |
| 2021-11-02 03:35:08 PM | JJCollins@AtlantaGa.Gov, ndtownsmassol@AtlantaGa.Gov, MBates@AtlantaGa.Gov | Complaint APD0001307 has been assigned to your group | sent | SMTP | |
| 2021-11-03 12:40:20 PM | KDMitchell@AtlantaGa.Gov | Complaint APD0001307 has been assigned to you | sent | SMTP | |
| 2021-11-02 03:35:08 PM | APDOPSUnit@AtlantaGA.Gov | Complaint APD0001307 has been submitted | sent | SMTP | |