# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:09-CV-3286-TCB |
| ) | |
| RICHARD PENNINGTON, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CITY OF ATLANTA'S 120-DAY STATUS REPORT

**COMES NOW**, Defendant City of Atlanta ("City"), by and through the undersigned counsel, and files this status report pursuant to this Court's September 20, 2022 Order (Doc. 479), showing the Court as follows:

### I.  FACTUAL BACKGROUND

On November 29, 2018, this honorable Court entered the Parties' Joint Motion for Approval of Proposed Consent Order ("2018 Order"), Doc. 434. The 2018 Order represented the Parties' agreed upon procedures and policies concerning the compliance and monitoring obligations of the Parties. Specifically, Section III(A)(1) Citizen Complaints states that, "APD shall investigate and finally adjudicate all citizen complaints of police misconduct of any kind within 180 days of the

1

complaint." Since the entry of the 2018 Order, both Parties have engaged in compliance and monitoring activities pursuant to said Order.

Subsequently, on August 14, 2022, Plaintiffs filed their Motion for Order and/or for Contempt with Regard to "Citizen Complaint" Requirements (hereinafter, Motion"). The City responded to said Motion on August 19, 2022. After reviewing said Motion and Response, the Court entered its September 20, 2022 Order requiring the City to provide a report within one-hundred and twenty (120) days reflecting the status of all open citizen complaint files.

## II.  REPORT

As of the date of this filing, fifty-five percent (55%), or eighty-three (83) of the open citizen complaint files are on track to close within the 180-day deadline. However, forty-five percent (45%), or sixty-nine (69) of the open citizen complaint files have not been closed within the 180-day period.[1]

Of the 45% of citizen complaint files that have not been closed within the 180-day period, six percent (6%), or nine (9) files could not be closed due to Family Medical Leave Act (FMLA) absence from duty or pending criminal charges which preclude the finalization of the file. The remaining thirty-nine percent (39%), or sixty

---

[1] See Citizen Complaint spreadsheet, attached as Exhibit A.

(60) open citizen complaint files that have not closed within the 180-day period remain open for one of the following reasons:

(1) Lost files

(2) Delayed files

(3) Change in personnel

Lost files, or files that could not be located and had to be recreated, accounted for one and a half percent (1.5%), or two (2) files. Delayed files, which are files that were not able to be completed due to a delay in scheduling witnesses, reviewing the file, and/or determining discipline, accounted for thirty-two percent (32%) or forty-nine (49) files. Files in which a change in personnel necessitated the reinvestigation of facts or discipline accounted for six percent (6%) or nine (9) of the files that remain open after the 180-day period. These issues have been compounded by an outdated file management system that relies upon paper copies and duplicates to track the progress of investigatory files.

### III. CORRECTIVE MEASURES

In the last 120 days, the Atlanta Police Department (APD) Office of Professional Standards (OPS) has closed forty-three (43) cases. To further reduce the amount of citizen complaints that remain open after the 180-day period, OPS has instituted two (2) new procedures. First, OPS has instituted a new reporting system

that requires it to send its Commander a breakdown by APD section of the open citizen complaints, this breakdown is then sent to each Major and Lieutenant in the affected section to ensure the timely completion of the investigation. Additionally, APD has begun beta testing an electronic process that will allow for complete electronic monitoring of the progress of each file through completion.

## IV.   CONCLUSION

As the City continues to produce the internal investigations as required by the 2018 Order, it will also continue to work collaboratively with Plaintiffs' Counsel to address any alleged issues arising from the 2018 Order. Therefore, the City joins Plaintiffs' request that no financial sanctions be imposed for the Court's review of this matter.

Respectfully submitted this 18th day of January 2023.

By: */s/ Staci J. Miller*
**STACI J. MILLER**
Attorney
Georgia Bar No. 601594
sjmiller@atlantaga.gov
(404) 546-4083
***Attorneys for City Defendant***

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA 30303-3520
(404) 546-4100 *main*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD PENNINGTON, et al. | ) Case No. 1:09-CV-3286-TCB |
| | ) |
| Defendants. | ) |
| | ) |

## **CERTIFICATION**

Counsel for Defendants certifies that the foregoing was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1(C).

Respectfully submitted this 18th day of January 2023.

                                By: */s/ Staci J. Miller*
                                **STACI J. MILLER**
                                Attorney
                                Georgia Bar No. 601594
                                sjmiller@atlantaga.gov
                                (404) 546-4083
                                *Attorneys for City Defendant*

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA 30303-3520
(404) 546-4100 *main*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD PENNINGTON, et al. ) | Case No. 1:09-CV-3286-TCB |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I served the foregoing **DEFENDANT CITY OF ATLANTA'S 120-DAY STATUS REPORT** on all counsel of record in this matter via this Court's EMCF/PACER e-filing system.

Respectfully submitted this 18th day of January 2023.

By: */s/ Staci J. Miller*
**STACI J. MILLER**
Attorney
Georgia Bar No. 601594
sjmiller@atlantaga.gov
(404) 546-4083
*Attorneys for City Defendant*

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA 30303-3520
(404) 546-4100 *main*