| Inc: IA No | Inc: Sub-Classification | Inc: Open date | Status |
| --- | --- | --- | --- |
| 20C0089PE | Property and Evidence Handling | 02/13/2020 | Lost file (resent to zone) |
| 20C0089PE | Property and Evidence Handling | 02/13/2020 | Lost file (resent to zone) |
| 20C0212MISC | Miscellaneous | 05/01/2020 | Delayed File |
| 20C0212MISC | Miscellaneous | 05/01/2020 | Delayed File |
| 20C0372PE | Property and Evidence Handling | 10/01/2020 | Change in Personnel |
| 20C0372PE | Property and Evidence Handling | 10/01/2020 | Change in Personnel |
| 20C0372PE | Property and Evidence Handling | 10/01/2020 | Change in Personnel |
| 20C0498MISC | Miscellaneous | 12/16/2020 | Delayed File |
| 21C0114MISC | Miscellaneous | 03/10/2021 | FMLA |
| 21C0148MISC | Miscellaneous | 04/07/2021 | Delayed File |
| 21C0148MISC | Miscellaneous | 04/07/2021 | Delayed File |
| 21C0196SOP | Standard Operating Procedure | 05/05/2021 | Delayed File |
| 21C0196SOP | Standard Operating Procedure | 05/05/2021 | Delayed File |
| 21C0268SOP | Standard Operating Procedure | 06/24/2021 | FMLA |
| 21C0285PE | Property and Evidence Handling | 07/07/2021 | FMLA |
| 21C0339MISC | Miscellaneous | 08/12/2021 | Criminal Investigation |
| 21C0404MISC | Miscellaneous | 09/15/2021 | Criminal Investigation |
| 21C0404MISC | Miscellaneous | 09/15/2021 | Criminal Investigation |
| 22C0013SOP | Standard Operating Procedure | 01/11/2022 | Delayed File |
| 22C0013SOP | Standard Operating Procedure | 01/11/2022 | Delayed File |
| 22C0013SOP | Standard Operating Procedure | 01/11/2022 | Delayed File |
| 22C0015MISC | Miscellaneous | 01/13/2022 | Delayed File |
| 22C0019SOP | Standard Operating Procedure | 01/19/2022 | Delayed File |
| 22C0020PE | Property and Evidence Handling | 01/19/2022 | Change of Personnel |
| 22C0020PE | Property and Evidence Handling | 01/19/2022 | Change of Personnel |
| 22C0031MISC | Miscellaneous | 01/27/2022 | Change in Personnel |
| 22C0031MISC | Miscellaneous | 01/27/2022 | Change in Personnel |
| 22C0036MISC | Miscellaneous | 02/02/2022 | Delayed File |
| 22C0038MISC | Miscellaneous | 02/02/2022 | Delayed File |
| 22C0050SOP | Standard Operating Procedure | 03/01/2022 | Delayed File |
| 22C0050SOP | Standard Operating Procedure | 03/01/2022 | Delayed File |
| 22C0050SOP | Standard Operating Procedure | 03/01/2022 | Delayed File |
| 22C0050SOP | Standard Operating Procedure | 03/01/2022 | Delayed File |
| 22C0056SOP | Standard Operating Procedure | 02/16/2022 | Change in Personnel |
| 22C0056SOP | Standard Operating Procedure | 02/16/2022 | Delayed File |
| 22C0056SOP | Standard Operating Procedure | 02/16/2022 | Delayed File |
| 22C0056SOP | Standard Operating Procedure | 02/16/2022 | Delayed File |
| 22C0067MISC | Miscellaneous | 02/22/2022 | Change in Personnel |

| | | | |
|---|---|---|---|
| 22C0076CTSY | Courtesy | 03/07/2022 | Delayed File |
| 22C0098SOP | Standard Operating Procedure | 03/14/2022 | FMLA |
| 22C0098SOP | Standard Operating Procedure | 03/14/2022 | FMLA |
| 22C0098SOP | Standard Operating Procedure | 03/14/2022 | FMLA |
| 22C0114MISC | Miscellaneous | 03/24/2022 | Delayed File |
| 22C0115MISC | Miscellaneous | 03/24/2022 | Delayed File |
| 22C0125MISC | Miscellaneous | 04/01/2022 | Delayed File |
| 22C0138MISC | Miscellaneous | 04/18/2022 | Delayed File |
| 22C0138MISC | Miscellaneous | 04/18/2022 | Delayed File |
| 22C0154SOP | Standard Operating Procedure | 04/28/2022 | Delayed File |
| 22C0154SOP | Standard Operating Procedure | 04/28/2022 | Delayed File |
| 22C0154SOP | Standard Operating Procedure | 04/28/2022 | Delayed File |
| 22C0175MISC | Miscellaneous | 05/10/2022 | Delayed File |
| 22C0183SOP | Standard Operating Procedure | 05/18/2022 | Delayed File |
| 22C0183SOP | Standard Operating Procedure | 05/18/2022 | Delayed File |
| 22C0187MISC | Miscellaneous | 05/24/2022 | Delayed File |
| 22C0192UAF | Miscellaneous | 05/27/2022 | Delayed File |
| 22C0213MISC | Miscellaneous | 06/24/2022 | Delayed File |
| 22C0225PE | Property and Evidence Handling | 06/29/2022 | Delayed File |
| 22C0225PE | Property and Evidence Handling | 06/29/2022 | Delayed File |
| 22C0225PE | Property and Evidence Handling | 06/29/2022 | Delayed File |
| 22C0225PE | Property and Evidence Handling | 06/29/2022 | Delayed File |
| 22C0235MISC | Miscellaneous | 07/07/2022 | Delayed File |
| 22C0244MISC | Miscellaneous | 07/14/2022 | Delayed File |
| 22C0244MISC | Miscellaneous | 07/14/2022 | Delayed File |
| 22C0244MISC | Miscellaneous | 07/14/2022 | Delayed File |
| 22C0245MISC | Standard Operating Procedure | 07/15/2022 | Delayed File |
| 22C0245MISC | Standard Operating Procedure | 07/15/2022 | Delayed File |
| 22C0245MISC | Standard Operating Procedure | 07/15/2022 | Delayed File |
| 22C0245MISC | Standard Operating Procedure | 07/15/2022 | Delayed File |
| 22C0248PE | Property and Evidence Handling | 07/15/2022 | Delayed File |
| 22C0265SOP | Standard Operating Procedure | 08/03/2022 | 167 Days |
| 22C0267CTSY | Courtesy | 08/03/2022 | 167 Days |
| 22C0272MISC | Miscellaneous | 08/05/2022 | 166 Days |
| 22C0272MISC | Miscellaneous | 08/05/2022 | 166 Days |
| 22C0275UAF | Unauthorized Force | 08/05/2022 | 166 Days |
| 22C0275UAF | Unauthorized Force | 08/05/2022 | 166 Days |
| 22C0275UAF | Unauthorized Force | 08/05/2022 | 166 Days |
| 22C0276SOP | Standard Operating Procedure | 08/08/2022 | 163 Days |

| | | | |
|---|---|---|---|
| 22C0276SOP | Standard Operating Procedure | 08/08/2022 | 163 Days |
| 22C0279SOP | Standard Operating Procedure | 08/10/2022 | 161 Days |
| 22C0289CTSY | Courtesy | 08/16/2022 | 155 Days |
| 22C0297SOP | Standard Operating Procedure | 08/22/2022 | 149 Days |
| 22C0297SOP | Standard Operating Procedure | 08/22/2022 | 149 Days |
| 22C0305MISC | Miscellaneous | 08/29/2022 | 142 Days |
| 22C0305MISC | Miscellaneous | 08/29/2022 | 142 Days |
| 22C0305MISC | Miscellaneous | 08/29/2022 | 142 Days |
| 22C0305MISC | Miscellaneous | 08/29/2022 | 142 Days |
| 22C0305MISC | Miscellaneous | 08/29/2022 | 142 Days |
| 22C0306CTSY | Courtesy | 08/31/2022 | 140 Days |
| 22C0307CTSY | Courtesy | 09/01/2022 | 139 Days |
| 22C0307CTSY | Courtesy | 09/01/2022 | 139 Days |
| 22C0308MISC | Miscellaneous | 09/01/2022 | 139 Days |
| 22C0311MISC | Miscellaneous | 09/02/2022 | 138 Days |
| 22C0319SOP | Standard Operating Procedure | 09/09/2022 | 131 Days |
| 22C0325CTSY | Courtesy | 09/09/2022 | 131 Days |
| 22C0325CTSY | Courtesy | 09/09/2022 | 131 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0330SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0330SOP | Standard Operating Procedure | 09/14/2022 | 126 Days |
| 22C0331SOP | Standard Operating Procedure | 09/15/2022 | 125 Days |
| 22C0331SOP | Standard Operating Procedure | 09/15/2022 | 125 Days |
| 22C0331SOP | Standard Operating Procedure | 09/15/2022 | 125 Days |
| 22C0338SOP | Standard Operating Procedure | 09/22/2022 | 118 Days |
| 22C0338SOP | Standard Operating Procedure | 09/22/2022 | 118 Days |
| 22C0339SOP | Standard Operating Procedure | 09/22/2022 | 118 Days |
| 22C0339SOP | Standard Operating Procedure | 09/22/2022 | 118 Days |
| 22C0341MISC | Miscellaneous | 09/22/2022 | 118 Days |
| 22C0342MISC | Miscellaneous | 09/26/2022 | 114 Days |
| 22C0342MISC | Miscellaneous | 09/26/2022 | 114 Days |
| 22C0344SOP | Standard Operating Procedure | 09/27/2022 | 113 Days |

| | | | |
|---|---|---|---|
| 22C0344SOP | Standard Operating Procedure | 09/27/2022 | 113 Days |
| 22C0350SOP | Standard Operating Procedure | 09/29/2022 | 111 Days |
| 22C0358MISC | Miscellaneous | 10/06/2022 | 104 Days |
| 22C0369MISC | Miscellaneous | 10/13/2022 | 97 Days |
| 22C0372SOP | Standard Operating Procedure | 10/14/2022 | 96 Days |
| 22C0373PE | Property and Evidence Handling | 10/17/2022 | 93 Days |
| 22C0376MISC | Miscellaneous | 10/18/2022 | 92 Days |
| 22C0377MISC | Miscellaneous | 10/18/2022 | 92 Days |
| 22C0377MISC | Miscellaneous | 10/18/2022 | 92 Days |
| 22C0378SOP | Standard Operating Procedure | 10/18/2022 | 92 Days |
| 22C0380MISC | Miscellaneous | 10/19/2022 | 91 Days |
| 22C0381MISC | Miscellaneous | 10/19/2022 | 91 Days |
| 22C0385SOP | Standard Operating Procedure | 10/24/2022 | 86 Days |
| 22C0388MISC | Miscellaneous | 10/26/2022 | 84 Days |
| 22C0390SOP | Standard Operating Procedure | 10/26/2022 | 84 Days |
| 22C0390SOP | Standard Operating Procedure | 10/26/2022 | 84 Days |
| 22C0392SOP | Unauthorized Force | 10/27/2022 | 83 Days |
| 22C0393SOP | Standard Operating Procedure | 10/27/2022 | 83 Days |
| 22C0393SOP | Standard Operating Procedure | 10/27/2022 | 83 Days |
| 22C0399MISC | Miscellaneous | 10/27/2022 | 83 Days |
| 22C0400SOP | Standard Operating Procedure | 10/27/2022 | 83 Days |
| 22C0406MISC | Miscellaneous | 11/07/2022 | 72 Days |
| 22C0414MISC | Miscellaneous | 11/14/2022 | 65 Days |
| 22C0414MISC | Miscellaneous | 11/14/2022 | 65 Days |
| 22C0422MISC | Miscellaneous | 11/16/2022 | 63 Days |
| 22C0422MISC | Miscellaneous | 11/16/2022 | 63 Days |
| 22C0424MISC | Miscellaneous | 11/21/2022 | 58 Days |
| 22C0426MISC | Miscellaneous | 11/21/2022 | 38 Days |
| 22C0427MISC | Miscellaneous | 11/21/2022 | 58 Days |
| 22C0439CTSY | Courtesy | 11/29/2022 | 50 Days |
| 22C0439CTSY | Courtesy | 11/29/2022 | 50 days |
| 22C0440MISC | Miscellaneous | 11/29/2022 | 50 Days |
| 22C0451CTSY | Courtesy | 12/07/2022 | 42 Days |
| 22C0455SOP | Standard Operating Procedure | 12/08/2022 | 41 Days |
| 22C0455SOP | Standard Operating Procedure | 12/08/2022 | 41 Days |
| 22C0455SOP | Standard Operating Procedure | 12/08/2022 | 41 Days |