# Exhibit A

## Citizen Complaint Files Closed October, November, and December 2022

### FILES CLOSED IN OCTOBER 2022

| Inc: IA No | Inc: Open date | Actual Date of Complaint | Page in PDF with Date of Complaint | Difference between actual date of complaint and City-reported date | Cit: Last name | Off: Last name | Inc: Completed date | Date Complainant Notified | Days open according to City | Actual Days Open |
|---|---|---|---|---|---|---|---|---|---|---|
| 21C0198SOP | 05/06/2021 | 4/12/2021 | p. 25 | 24 | SMITH | RAMSEY | 10/18/2022 | 10/31/2022 | 530 | 567 |
| 21C0376MISC | 09/02/2021 | 9/1/2021 | p. 315 | 1 | SUGGS | Dabney | 10/31/2022 | 11/3/2022 | 424 | 428 |
| 21C0406SOP | 09/23/2021 | 9/16/2021 | p. 16 | 7 | CARTER | DAVIS | 10/21/2022 | 10/26/2022 | 393 | 405 |
| 21C0463CTSY | 10/27/2021 | 10/26/2021 | p. 11 | 1 | FRENCH | Watkins Jr | 10/21/2022 | 10/31/2022 | 359 | 370 |
| 21C0477PE | 11/16/2021 | 11/5/2021 | p. 15 | 11 | BARY | Young | 10/21/2022 | 10/31/2022 | 339 | 360 |
| 22C0004SOP | 01/05/2022 | 1/3/2022 | p. 18 and p. 21 | 2 | DENT | WILLIAMS | 10/21/2022 | 11/1/2022 | 289 | 302 |
| 22C0003MISC | 01/05/2022 | 12/28/2021 | p. 13 and p. 15 | 8 | HOWARD | BROWN | 10/31/2022 | 11/3/2022 | 299 | 310 |
| 22C0012SOP | 01/11/2022 | 1/1/2022 | p. 14 | 10 | W | SPENCER | 10/21/2022 | 10/26/2022 | 283 | 298 |
| 22C0121MISC | 03/29/2022 | 3/4/2022 | p. 20 | 25 | LEVINSON | JOSEY | 10/21/2022 | 10/27/2022 | 206 | 237 |
| 22C0130MISC | 04/06/2022 | 4/5/2022 | p. 8 | 1 | MCMILLAN | CENESCAR | 10/13/2022 | 11/1/2022 | 190 | 210 |
| 22C0155MISC | 04/29/2022 | 4/22/2022 | p. 6 | 7 | JAMES | HARRIS | 10/28/2022 | 11/4/2022 | 182 | 196 |
| 22C0212CTSY | 06/24/2022 | 6/9/2022 | p. 19 and p. 20 | 15 | SMITH | LIM | 10/31/2022 | 11/3/2022 | 129 | 147 |
| 22C0232MISC | 07/06/2022 | 6/30/2022 | Letter from ACRB t | 6 | LAY | BARTON | 10/21/2022 | 10/27/2022 | 107 | 119 |
| 22C0247SOP | 07/15/2022 | 7/6/2022 | p. 6 | 9 | WILLIAMS | SAMPLE-BRITTEN | 10/21/2022 | 10/26/2022 | 98 | 112 |
| 22C0296MISC | 08/18/2022 | 8/14/2022 | p. 14 and p. 17 | 4 | FAIR JR | THOMPSON | 10/21/2022 | 11/1/2022 | 64 | 79 |
| 22C0314MISC | 09/07/2022 | 7/19/2022 | p. 6 and p. 9 | 50 | JONES | HOUSTON | 10/21/2022 | 10/27/2022 | 44 | 100 |
| 22C0318MISC | 09/08/2022 | 8/31/2022 | p. 13 and p. 15 | 8 | HOLT | JONES | 10/21/2022 | 10/31/2022 | 43 | 61 |
| 22C0333SOP | 09/15/2022 | 9/12/2022 | p. 13 | 3 | EXUM | JENKINS | 10/31/2022 | 11/3/2022 | 46 | 52 |

### FILES CLOSED IN NOVEMBER 2022

| Inc: IA No | Inc: Open date | Actual Date of Complaint | Page of PDF with Date of complaint | Difference between actual date of complaint and City-reported date | Cit: Last name | Off: Last name | Inc: Completed date | Date Complainant Notified | Days Open According to City | Actual Days Open |
|---|---|---|---|---|---|---|---|---|---|---|
| 19C0381MISC | 07/30/2019 | 7/29/19 | pp. 12-13 | 1 | MALEKNIA | FISHER | 11/21/2022 | 12/6/22 | 1210 | 1226 |
| 19C0571SOP | 10/15/2019 | 9/5/19 | p. 30 | 40 | HARDY | ANDERSON | 11/21/2022 | 12/6/22 | 1133 | 1188 |
| 21C0070SOP | 2/5/21 | 1/26/21 | p. 3 | 10 | POSTELL-MAGWOOD | AVERY | 11/9/22 | 12/6/22 | 642 | 679 |
| 21C0375CTSY | 09/02/2021 | 8/27/21 | p. 9 | 6 | DEUTSCH | MASSEY | 11/28/2022 | 12/6/22 | 452 | 466 |
| 22C0099SOP | 03/14/2022 | FILE NOT PRODUCED | | #VALUE! | NJOKU | MIRANDA | 11/28/2022 | | 259 | #VALUE! |
| 22C0105MISC | 03/16/2022 | FILE NOT PRODUCED | | #VALUE! | LAUGHLIN | Spence | 11/28/2022 | | 257 | #VALUE! |
| 22C0288MISC | 08/16/2022 | 8/9/22 | p. 9 | 7 | TEDLA | SMITH | 11/28/2022 | 12/6/22 | 104 | 119 |

SEE ALSO - PDF files produced by City, but not on spreadsheet:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-C-0541-MISC | | 10/4/17 | p. 11 | | | | | DATE OBSCURED IN CITY RECORDS | | #VALUE! |
| 20-C-0025-MISC | | 11/22/19 | p. 16 | | | | | DATE OBSCURED IN CITY RECORDS | | #VALUE! |
| 20-C-0206-MISC | | 4/24/20 | p. 27 | | | | | 5/18/21 | | 389 |
| 20-C-0261-SOP | | 1/3/20 | p. 11; p. 20 | | | | | 12/7/22 | | 1069 |
| 21-C-0008-MISC | | 12/21/20 | p. 21 | | | | | 5/18/21 | | 148 |
| 21-C-0018-MISC | | 10/28/20 | p. 13 | | | | | 5/18/21 | | 202 |
| 22-C-0162-SOP | | 4/25/22 | p. 11; p. 15 | | | | | 10/27/22 | | 185 |

### FILES CLOSED IN DECEMBER 2022

| Inc: IA No | Inc: Open date | Actual Date of Complaint | Page in PDF with Date of Complaint | Difference between actual date of complaint and City-reported date | Cit: Last name | Off: Last name | Inc: Completed date | Date Complainant Notified | Days open according to City | Actual Days Open |
|---|---|---|---|---|---|---|---|---|---|---|
| 21C0048SOP | 1/25/21 | 1/25/21 | p. 77 | 0 | Jackson | ELLSWORTH | 12/13/22 | 1/11/23 | 687 | 716 |