Exhibit C

City's Status Report Exhibit

Duplicate Entries Removed by Plaintiffs

## City Exhibit - WITHOUT Duplicates

| Inc: IA No | Inc: Sub-Classification | Inc: Open date | Status | Days Open According to City-reported Opening Date | Count: All Open Files | Count: >180 Days and <180 Days |
|---|---|---|---|---|---|---|
| 20C0089PE | Property and Evidence Handling | 02/13/2020 | Lost file (resent to zone) | 1070 | 1 | 1 |
| 20C0212MISC | Miscellaneous | 05/01/2020 | Delayed File | 992 | 2 | 2 |
| 20C0372PE | Property and Evidence Handling | 10/01/2020 | Change in Personnel | 839 | 3 | 3 |
| 20C0498MISC | Miscellaneous | 12/16/2020 | Delayed File | 763 | 4 | 4 |
| 21C0114MISC | Miscellaneous | 03/10/2021 | FMLA | 679 | 5 | 5 |
| 21C0148MISC | Miscellaneous | 04/07/2021 | Delayed File | 651 | 6 | 6 |
| 21C0196SOP | Standard Operating Procedure | 05/05/2021 | Delayed File | 623 | 7 | 7 |
| 21C0268SOP | Standard Operating Procedure | 06/24/2021 | FMLA | 573 | 8 | 8 |
| 21C0285PE | Property and Evidence Handling | 07/07/2021 | FMLA | 560 | 9 | 9 |
| 21C0339MISC | Miscellaneous | 08/12/2021 | Criminal Investigation | 524 | 10 | 10 |
| 21C0404MISC | Miscellaneous | 09/15/2021 | Criminal Investigation | 490 | 11 | 11 |
| 22C0013SOP | Standard Operating Procedure | 01/11/2022 | Delayed File | 372 | 12 | 12 |
| 22C0015MISC | Miscellaneous | 01/13/2022 | Delayed File | 370 | 13 | 13 |
| 22C0019SOP | Standard Operating Procedure | 01/19/2022 | Delayed File | 364 | 14 | 14 |
| 22C0020PE | Property and Evidence Handling | 01/19/2022 | Change of Personnel | 364 | 15 | 15 |
| 22C0031MISC | Miscellaneous | 01/27/2022 | Change in Personnel | 356 | 16 | 16 |
| 22C0036MISC | Miscellaneous | 02/02/2022 | Delayed File | 350 | 17 | 17 |
| 22C0038MISC | Miscellaneous | 02/02/2022 | Delayed File | 350 | 18 | 18 |
| 22C0050SOP | Standard Operating Procedure | 03/01/2022 | Delayed File | 323 | 19 | 19 |
| 22C0056SOP | Standard Operating Procedure | 02/16/2022 | Change in Personnel | 336 | 20 | 20 |
| 22C0067MISC | Miscellaneous | 02/22/2022 | Change in Personnel | 330 | 21 | 21 |
| 22C0076CTSY | Courtesy | 03/07/2022 | Delayed File | 317 | 22 | 22 |
| 22C0098SOP | Standard Operating Procedure | 03/14/2022 | FMLA | 310 | 23 | 23 |
| 22C0114MISC | Miscellaneous | 03/24/2022 | Delayed File | 300 | 24 | 24 |
| 22C0115MISC | Miscellaneous | 03/24/2022 | Delayed File | 300 | 25 | 25 |
| 22C0125MISC | Miscellaneous | 04/01/2022 | Delayed File | 292 | 26 | 26 |
| 22C0138MISC | Miscellaneous | 04/18/2022 | Delayed File | 275 | 27 | 27 |
| 22C0154SOP | Standard Operating Procedure | 04/28/2022 | Delayed File | 265 | 28 | 28 |
| 22C0175MISC | Miscellaneous | 05/10/2022 | Delayed File | 253 | 29 | 29 |
| 22C0183SOP | Standard Operating Procedure | 05/18/2022 | Delayed File | 245 | 30 | 30 |
| 22C0187MISC | Miscellaneous | 05/24/2022 | Delayed File | 239 | 31 | 31 |
| 22C0192UAF | Miscellaneous | 05/27/2022 | Delayed File | 236 | 32 | 32 |
| 22C0213MISC | Miscellaneous | 06/24/2022 | Delayed File | 208 | 33 | 33 |
| 22C0225PE | Property and Evidence Handling | 06/29/2022 | Delayed File | 203 | 34 | 34 |
| 22C0235MISC | Miscellaneous | 07/07/2022 | Delayed File | 195 | 35 | 35 |
| 22C0244MISC | Miscellaneous | 07/14/2022 | Delayed File | 188 | 36 | 36 |
| 22C0245MISC | Standard Operating Procedure | 07/15/2022 | Delayed File | 187 | 37 | 37 |
| 22C0248PE | Property and Evidence Handling | 07/15/2022 | Delayed File | 187 | 38 | 38 |
| 22C0265SOP | Standard Operating Procedure | 08/03/2022 | 167 Days | 168 | 39 | 1 |
| 22C0267CTSY | Courtesy | 08/03/2022 | 167 Days | 168 | 40 | 2 |
| 22C0272MISC | Miscellaneous | 08/05/2022 | 166 Days | 166 | 41 | 3 |
| 22C0275UAF | Unauthorized Force | 08/05/2022 | 166 Days | 166 | 42 | 4 |
| 22C0276SOP | Standard Operating Procedure | 08/08/2022 | 163 Days | 163 | 43 | 5 |
| 22C0279SOP | Standard Operating Procedure | 08/10/2022 | 161 Days | 161 | 44 | 6 |
| 22C0289CTSY | Courtesy | 08/16/2022 | 155 Days | 155 | 45 | 7 |
| 22C0297SOP | Standard Operating Procedure | 08/22/2022 | 149 Days | 149 | 46 | 8 |
| 22C0305MISC | Miscellaneous | 08/29/2022 | 142 Days | 142 | 47 | 9 |
| 22C0306CTSY | Courtesy | 08/31/2022 | 140 Days | 140 | 48 | 10 |
| 22C0307CTSY | Courtesy | 09/01/2022 | 139 Days | 139 | 49 | 11 |
| 22C0308MISC | Miscellaneous | 09/01/2022 | 139 Days | 139 | 50 | 12 |
| 22C0311MISC | Miscellaneous | 09/02/2022 | 138 Days | 138 | 51 | 13 |
| 22C0319SOP | Standard Operating Procedure | 09/09/2022 | 131 Days | 131 | 52 | 14 |
| 22C0325CTSY | Courtesy | 09/09/2022 | 131 Days | 131 | 53 | 15 |
| 22C0325CTSY | Courtesy | 09/09/2022 | 131 Days | 131 | 54 | 16 |
| 22C0326SOP | Standard Operating Procedure | 09/14/2022 | 126 Days | 126 | 55 | 17 |
| 22C0330SOP | Standard Operating Procedure | 09/14/2022 | 126 Days | 126 | 56 | 18 |
| 22C0331SOP | Standard Operating Procedure | 09/15/2022 | 125 Days | 125 | 57 | 19 |
| 22C0338SOP | Standard Operating Procedure | 09/22/2022 | 118 Days | 118 | 58 | 20 |
| 22C0339SOP | Standard Operating Procedure | 09/22/2022 | 118 Days | 118 | 59 | 21 |
| 22C0341MISC | Miscellaneous | 09/22/2022 | 118 Days | 118 | 60 | 22 |
| 22C0342MISC | Miscellaneous | 09/26/2022 | 114 Days | 114 | 61 | 23 |
| 22C0344SOP | Standard Operating Procedure | 09/27/2022 | 113 Days | 113 | 62 | 24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22C0350SOP | Standard Operating Procedure | 09/29/2022 | 111 Days | 111 | 63 | 25 |
| 22C0358MISC | Miscellaneous | 10/06/2022 | 104 Days | 104 | 64 | 26 |
| 22C0369MISC | Miscellaneous | 10/13/2022 | 97 Days | 97 | 65 | 27 |
| 22C0372SOP | Standard Operating Procedure | 10/14/2022 | 96 Days | 96 | 66 | 28 |
| 22C0373PE | Property and Evidence Handling | 10/17/2022 | 93 Days | 93 | 67 | 29 |
| 22C0376MISC | Miscellaneous | 10/18/2022 | 92 Days | 92 | 68 | 30 |
| 22C0377MISC | Miscellaneous | 10/18/2022 | 92 Days | 92 | 69 | 31 |
| 22C0378SOP | Standard Operating Procedure | 10/18/2022 | 92 Days | 92 | 70 | 32 |
| 22C0380MISC | Miscellaneous | 10/19/2022 | 91 Days | 91 | 71 | 33 |
| 22C0381MISC | Miscellaneous | 10/19/2022 | 91 Days | 91 | 72 | 34 |
| 22C0385SOP | Standard Operating Procedure | 10/24/2022 | 86 Days | 86 | 73 | 35 |
| 22C0388MISC | Miscellaneous | 10/26/2022 | 84 Days | 84 | 74 | 36 |
| 22C0390SOP | Standard Operating Procedure | 10/26/2022 | 84 Days | 84 | 75 | 37 |
| 22C0392SOP | Unauthorized Force | 10/27/2022 | 83 Days | 83 | 76 | 38 |
| 22C0393SOP | Standard Operating Procedure | 10/27/2022 | 83 Days | 83 | 77 | 39 |
| 22C0399MISC | Miscellaneous | 10/27/2022 | 83 Days | 83 | 78 | 40 |
| 22C0400SOP | Standard Operating Procedure | 10/27/2022 | 83 Days | 83 | 79 | 41 |
| 22C0406MISC | Miscellaneous | 11/07/2022 | 72 Days | 72 | 80 | 42 |
| 22C0414MISC | Miscellaneous | 11/14/2022 | 65 Days | 65 | 81 | 43 |
| 22C0422MISC | Miscellaneous | 11/16/2022 | 63 Days | 63 | 82 | 44 |
| 22C0424MISC | Miscellaneous | 11/21/2022 | 58 Days | 58 | 83 | 45 |
| 22C0426MISC | Miscellaneous | 11/21/2022 | 38 Days | 58 | 84 | 46 |
| 22C0427MISC | Miscellaneous | 11/21/2022 | 58 Days | 58 | 85 | 47 |
| 22C0439CTSY | Courtesy | 11/29/2022 | 50 Days | 50 | 86 | 48 |
| 22C0440MISC | Miscellaneous | 11/29/2022 | 50 Days | 50 | 87 | 49 |
| 22C0451CTSY | Courtesy | 12/07/2022 | 42 Days | 42 | 88 | 50 |
| 22C0455SOP | Standard Operating Procedure | 12/08/2022 | 41 Days | 41 | 89 | 51 |