Exhibit D

Excerpt (page 15) from OPS Investigation File 21C0477PE *

## ATLANTA POLICE DEPARTMENT
### OFFICE OF PROFESSIONAL STANDARDS
**Response Complaint Summary / Preliminary Investigation Summary**

"Received; Not Opened (RNO)" Number or Control Number: _____

**REQUIRED INFORMATION**

Date of Response Call/Complaint Receipt: **November 5, 2021**

Approximate Time of Call/Visit/Electronic Submission (if Applicable): 9:30 AM

Incident Date and Approximate: October 29, 2021 at 11:30 PM

Incident Location: 267 Marietta Street NW, Atlanta, GA

Was ID provided? Yes☐ No☒

Complaint Received Via: ☒Telephonic, ☐APD Website/Email, ☐In-Person, ☐ACRB ☐Other

APD or Other Law Enforcement (Include Other Agency Name) Case Number: 21-302-2243

Complainant's Name: Lora Bary

Complainant Alleging Physical Injury (as a Result of Possible APD Action): Yes☐ No☒

Complainant's Contact Number: [redacted]

Complainant's Contact Address: [redacted]

Complainant's Witness Name and Phone Number (if Applicable): Click here to enter text.

Accused Employee's Name(s)/Description(s), Unique ID Number(s): Officer James young # 7797

Accused Employee's Date(s) of Employment, With Name(s) Preceding Dates if Multiple:
Click here to enter text.

Accused Employee's Badge Number(s), Relevant Identifying Features, Assignment(s), etc.: Click here to enter text.

Video / Audio Requested:   Yes☐   No☐
Body-Worn Camera Video:   Yes☒   No☐
Taser Camera Video:   Yes☐   No☐
File Currently:   OPEN☐ CLOSED☐ PENDING REVIEW☐

☐ Complaint Allegation         ☐ Request for office to review closed complaint
☐ Additional Evidence          ☐ Other: Click here to enter text.
☐ Addendum Statement

OPS Internal Use Form

g-1-2

\* Date of complaint highlighted in red by Plaintiffs; complainant's phone number and address redacted by Plaintiffs.