IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD PENNINGTON, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-3286-TCB |

## ORDER

This case comes before the Court on Plaintiffs' second motion [485] for contempt. Plaintiffs' motion comes following the Court's September 20, 2022 order [479] requiring Defendant City of Atlanta to come into "substantial compliance" with the parties' 2018 consent order [434] and to file a status report.

It appears from the City's status report [434] and Plaintiffs' subsequent motion that the City is not in compliance with the consent order and that there are serious errors in the City's reported data.

Plaintiffs assert that "nothing other than coercive sanctions will motivate the City to comply with its obligations." [485] at 3. They request the present imposition of "moderate financial sanctions" combined with the "imposition but immediate suspension of significant financial sanctions." *Id.* at 21. The City responds that Plaintiffs' proposed remedy "would not serve to rectify any alleged deficiencies." [487] at 6.

Plaintiffs and the City are each ordered to submit within fourteen days a proposed order that grants Plaintiffs' motion, holds the City in contempt, and imposes any appropriate sanctions.

IT IS SO ORDERED this 8th day of February, 2023.

Timothy C. Batten, Sr.
Chief United States District Judge