# Exhibit A

## CLOSED FILES APRIL

| Row # | Inc: IA No | Inc: Open date | Cit: First name | Cit: Last name | Off: First name | Off: Last name | Alg: Allegation | Inc: Disposition | Act: Action taken | Inc: Completed date | Act: Days/hours suspended |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 23C0189SOP | 04/05/2023 | LINIA | WHITE | JAMORIAN | HOWARD | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/25/2023 | 0 |
| 4 | 23C0170SOP | 3/30/23 | CANDACE | NUNEZ | MALCOLM | LEE-FULFORD | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 4/13/23 | 0 |
| 5 | 23C0162PE | 03/29/2023 | TIERRA | JENKINS | KIRAN | KIMBROUGH | 2.30 Recovered Property | EXONERATED | NO ACTION TAKEN | 04/25/2023 | 0 |
| 6 | 23C0168SOP | 03/29/2023 | EDWARD | JOYCE | VINCENT | BUTLER | 2.33 Conformance to Directives | UNFOUNDED | NO ACTION TAKEN | 04/19/2023 | 0 |
| 7 | 23C0160SOP | 3/28/23 | OCTAVIA | ROBERTS | RIGHARD | LIGHT | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 5/2/23 | 0 |
| 8 | 23C0149MISC | 03/23/2023 | BOBBY | GREEN | SHANQUISHA | MURRAY | 2.21 Submitting Reports | SUSTAINED | WRITTEN REPRIMAND | 04/03/2023 | 0 |
| 9 | 23C0143MISC | 03/22/2023 | VICTORIA | WILLIAMS | TIA | FANTAUZZI | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/03/2023 | 0 |
| 10 | 23C0138MISC | 03/16/2023 | KENNETH | ISRAEL | MICHAEL | SEARCY | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 11 | 23C0138MISC | 03/16/2023 | KENNETH | ISRAEL | MICHAEL | SEARCY | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 12 | 23C0134CTSY | 03/14/2023 | ANGELICA | DOZIER | JOHN | HURST | 2.02 Courtesy | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 13 | 23C0134CTSY | 03/14/2023 | ANGELICA | DOZIER | JOHN | HURST | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 14 | 23C0135MISC | 03/14/2023 | NATHAN | NELSON | JALEN | WATSON | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/14/2023 | 0 |
| 15 | 23C0131SOP | 03/13/2023 | INDIA | HOLLIS | GREGORY | CARTER | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/26/2023 | 2 |
| 16 | 23C0129MISC | 03/13/2023 | APRIL | WILLIAMS | UNIQUE | GORDON | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 17 | 23C0130SOP | 03/13/2023 | TRAVORRIS | STEPHENS | CADELL | STEVENS | 2.33 Conformance to Directives | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 18 | 23C0130SOP | 03/13/2023 | TRAVORRIS | STEPHENS | CADELL | STEVENS | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 19 | 23C0122SOP | 03/06/2023 | ARI | KING | ANTHONY | HARRIS | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/13/2023 | 0 |
| 20 | 23C0122SOP | 03/06/2023 | ARI | KING | ANTHONY | HARRIS | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/13/2023 | 0 |
| 21 | 23C0133SOP | 3/4/23 | COLIN | RELEFORD | OUMAR | NGOM | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 4/13/23 | 0 |
| 22 | 23C0121MISC | 03/02/2023 | DAVID | BARINOWSKI | KYLE | HENDERSON | 4.06 Safe Driving Techniques | EXCEPTIONALLY CLOSED | NO ACTION TAKEN | 04/11/2023 | 0 |
| 23 | 23C0110MISC | 02/23/2023 | DAYSHA | SCOTT | TRAVIS | THREEWITTS | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/26/2023 | 0 |
| 24 | 23C0110MISC | 02/23/2023 | DAYSHA | SCOTT | TRAVIS | THREEWITTS | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/26/2023 | 0 |
| 25 | 23C0110MISC | 02/23/2023 | DAYSHA | SCOTT | KENNETH | WASHINGTON | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/26/2023 | 7 |
| 26 | 23C0106SOP | 02/22/2023 | ASHANDA | WILLIAMS | JARVANTA | DORSEY | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 27 | 23C0100CTSY | 02/21/2023 | SHERICA | HARPER | JONATHAN | SMITH | 2.02 Courtesy | SUSTAINED | ORAL ADMONISHMENT | 04/19/2023 | 0 |
| 28 | 23C0101SOP | 02/21/2023 | JESSICA | WRIGHT | ROSHINE | MCKIETHEN | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 29 | 23C0102SOP | 02/21/2023 | MARCELLIS | ROBINSON | AUSTIN | DUNCAN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/12/2023 | 0 |
| 30 | 23C0099MISC | 02/20/2023 | JAMAAL | RICHARD | CLIFFORD | CASIMIR | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/12/2023 | 0 |
| 31 | 23C0099MISC | 02/20/2023 | JAMAAL | RICHARD | CLIFFORD | CASIMIR | 2.21 Submitting Reports | SUSTAINED | ORAL ADMONISHMENT | 04/12/2023 | 0 |
| 32 | 23C0088MISC | 02/16/2023 | TAYLOR | SHARP | CHRISTOPHER | SAWYERS | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/13/2023 | 0 |
| 33 | 23C0087SOP | 02/15/2023 | ASANTI | BOONE | ANDREW | STRUTT | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/20/2023 | 0 |
| 34 | 23C0087SOP | 02/15/2023 | ASANTI | BOONE | ANDREW | STRUTT | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/20/2023 | 0 |
| 35 | 23C0087SOP | 02/15/2023 | ASANTI | BOONE | RUBEN | MIRANDA | 1.01 Appropriate Action Required | SUSTAINED | NO ACTION TAKEN | 04/20/2023 | 0 |
| 36 | 23C0087SOP | 02/15/2023 | ASANTI | BOONE | KIRAN | KIMBROUGH | 2.21 Submitting Reports | SUSTAINED | ORAL ADMONISHMENT | 04/20/2023 | 0 |
| 37 | 23C0087SOP | 02/15/2023 | ASANTI | BOONE | KIRAN | KIMBROUGH | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/20/2023 | 0 |
| 38 | 23C0060SOP | 02/01/2023 | ANN | BROUSSARD | JUSTIN | STROM | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/27/2023 | 2 |
| 39 | 23C0060SOP | 02/01/2023 | ANN | BROUSSARD | JUSTIN | STROM | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 40 | 23C0060SOP | 02/01/2023 | ANN | BROUSSARD | JUSTIN | STROM | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/27/2023 | 2 |
| 41 | 23C0060SOP | 02/01/2023 | ANN | BROUSSARD | JUSTIN | STROM | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 42 | 23C0060SOP | 02/01/2023 | ANN | BROUSSARD | JUSTIN | STROM | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/27/2023 | 2 |
| 43 | 23C0060SOP | 02/01/2023 | ANN | BROUSSARD | JUSTIN | STROM | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 44 | 23C0060SOP | 02/01/2023 | ANN | BROUSSARD | Thomas | Chambliss IV | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 45 | 23C0049MISC | 01/30/2023 | ANDREW | PRINCE | DU'QUAN | LAWSON | 2.01 Public Service | UNFOUNDED | NO ACTION TAKEN | 04/12/2023 | 0 |
| 46 | 23C0038CTSY | 01/26/2023 | ERIKA | TROUTMAN | JRATEH | KARPEH | 2.02 Courtesy | NOT SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 47 | 23C0038CTSY | 01/26/2023 | ERIKA | TROUTMAN | JRATEH | KARPEH | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 48 | 23C0036MISC | 01/25/2023 | EMANI | MACKEY | MUHAMMAD | MUHAMMAD | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/12/2023 | 0 |
| 49 | 23C0031SOP | 01/24/2023 | CATHERINE | DELGADO | GREGORY | CARTER | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/20/2023 | 0 |
| 50 | 23C0031SOP | 01/24/2023 | CATHERINE | DELGADO | GREGORY | CARTER | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/20/2023 | 0 |
| 51 | 23C0033MISC | 01/24/2023 | ALEXIA | HENDERSON | TROY | BELTON | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 52 | 23C0034SOP | 01/24/2023 | AARON | LEE | JORDAN | LESSANE | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 04/03/2023 | 0 |
| 53 | 23C0025SOP | 01/23/2023 | JOHN | CONWAY | ELBERT | BEASLEY | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/20/2023 | 0 |
| 54 | 23C0022MISC | 01/18/2023 | TYRONE | HOWARD | JOSHUA | LOVRETA | 2.01 Public Service | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 55 | 23C0022MISC | 01/18/2023 | TYRONE | HOWARD | JOSHUA | LOVRETA | 2.01 Public Service | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 56 | 23C0022MISC | 01/18/2023 | TYRONE | HOWARD | JOSHUA | LOVRETA | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 57 | 23C0022MISC | 01/18/2023 | TYRONE | HOWARD | JOSHUA | LOVRETA | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 58 | 22C0465MISC | 12/15/22 | | | PAUL | PERDUE | 1.03 Truthfulness | EXCEPTIONALLY CLOSED | NO ACTION TAKEN | 4/21/23 | 0 |
| 59 | 22C0465MISC | 12/15/22 | | | PAUL | PERDUE | 1.04 Conduct | EXCEPTIONALLY CLOSED | NO ACTION TAKEN | 4/21/23 | 0 |
| 60 | 22C0440MISC | 11/29/2022 | DAUQUA | COLEMAN | DAVID | SOMERS | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 61 | 22C0440MISC | 11/29/2022 | DAUQUA | COLEMAN | James | Longshore | 2.03 Responsibilities of Supervisor | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 62 | 22C0439CTSY | 11/29/2022 | VERONICA | PORTER | PRECIOUS | BROWN | 2.02 Courtesy | SUSTAINED | SUSPENDED | 04/14/2023 | 0 |
| 63 | 22C0439CTSY | 11/29/2022 | VERONICA | PORTER | PRECIOUS | BROWN | 2.02 Courtesy | SUSTAINED | SUSPENDED | 04/14/2023 | 2 |

| # | Case No | Date | First | Last | First2 | Last2 | Violation | Finding | Action | Action Date | Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 22C0439CTSY | 11/29/2022 | VERONICA | PORTER | PRECIOUS | BROWN | 2.16 Sleeping on Duty | SUSTAINED | SUSPENDED | 04/14/2023 | 0 |
| 65 | 22C0439CTSY | 11/29/2022 | VERONICA | PORTER | PRECIOUS | BROWN | 2.16 Sleeping on Duty | SUSTAINED | SUSPENDED | 04/14/2023 | 2 |
| 66 | 22C0426MISC | 11/21/2022 | MIGUEL | ARROYO | JONATHAN | PETTAWAY | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/20/2023 | 0 |
| 67 | 22C0426MISC | 11/21/2022 | MIGUEL | ARROYO | JONATHAN | PETTAWAY | 1.04 Conduct | SUSTAINED | WRITTEN REPRIMAND | 04/20/2023 | 0 |
| 68 | 22C0414MISC | 11/14/2022 | BROOKE | BAILEY | AARON | SMITH | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/26/2023 | 2 |
| 69 | 22C0414MISC | 11/14/2022 | BROOKE | BAILEY | AARON | SMITH | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/26/2023 | 2 |
| 70 | 22C0414MISC | 11/14/2022 | BROOKE | BAILEY | AARON | SMITH | 2.17 Malingering or Pretending | SUSTAINED | SUSPENDED | 04/26/2023 | 2 |
| 71 | 22C0414MISC | 11/14/2022 | BROOKE | BAILEY | AARON | SMITH | 2.17 Malingering or Pretending | SUSTAINED | SUSPENDED | 04/26/2023 | 2 |
| 72 | 22C0406MISC | 11/07/2022 | ROGER | ZACHERY | BERNARD | GALLON | 2.21 Submitting Reports | SUSTAINED | WRITTEN REPRIMAND | 04/03/2023 | 0 |
| 73 | 22C0406MISC | 11/07/2022 | ROGER | ZACHERY | BERNARD | GALLON | 2.21 Submitting Reports | SUSTAINED | WRITTEN REPRIMAND | 04/03/2023 | 0 |
| 74 | 22C0393SOP | 10/27/2022 | KRYSTAL | DOUGLAS | LAQUAISHA | MARSHALL | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/12/2023 | 0 |
| 75 | 22C0393SOP | 10/27/2022 | KRYSTAL | DOUGLAS | LAQUAISHA | MARSHALL | 2.23 Giving Identification | SUSTAINED | ORAL ADMONISHMENT | 04/12/2023 | 0 |
| 76 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/27/2023 | 7 |
| 77 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/27/2023 | 5 |
| 78 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | GEORGE | BLUE | 2.50 Maltreatment or Unnecessary For | SUSTAINED | SUSPENDED | 04/27/2023 | 7 |
| 79 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | GEORGE | BLUE | 2.50 Maltreatment or Unnecessary For | SUSTAINED | SUSPENDED | 04/27/2023 | 5 |
| 80 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | Corey | Hymes | 2.03 Responsibilities of Supervisor | SUSTAINED | SUSPENDED | 04/27/2023 | 1 |
| 81 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | Corey | Hymes | 2.03 Responsibilities of Supervisor | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 82 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | Corey | Hymes | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/27/2023 | 1 |
| 83 | 22C0358MISC | 10/06/2022 | JAMALL | THOMPSON | Corey | Hymes | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 84 | 22C0338SOP | 09/22/2022 | SAMIRAH | KHAATIB | CARLOS | THOMAS | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/27/2023 | 1 |
| 85 | 22C0338SOP | 09/22/2022 | SAMIRAH | KHAATIB | CARLOS | THOMAS | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 86 | 22C0338SOP | 09/22/2022 | SAMIRAH | KHAATIB | CARLOS | THOMAS | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/27/2023 | 1 |
| 87 | 22C0338SOP | 09/22/2022 | SAMIRAH | KHAATIB | CARLOS | THOMAS | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 88 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 89 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 90 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 91 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 92 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 93 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 94 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 95 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | ALAIN | AUGUSTIN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 96 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 97 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 98 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 99 | 22C0326SOP | 09/14/2022 | PIERRE | LAMARTINIERE | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 100 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 101 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 102 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 103 | 22C0326SOP | 09/14/2022 | MICHAYLA | ELCOCK | GEORGE | BLUE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/18/2023 | 0 |
| 104 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.60 Fraternizing with Person Of Quest | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 105 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.60 Fraternizing with Person Of Quest | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 106 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.60 Fraternizing with Person Of Quest | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 107 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.60 Fraternizing with Person Of Quest | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 108 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.60 Fraternizing with Person Of Quest | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 109 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 1.12 Transactions with Involved Perso | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 110 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 1.12 Transactions with Involved Perso | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 111 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 1.12 Transactions with Involved Perso | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 112 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 1.12 Transactions with Involved Perso | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 113 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 1.12 Transactions with Involved Perso | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 114 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.25 Private Business | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 115 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.25 Private Business | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 116 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.25 Private Business | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 117 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.25 Private Business | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 118 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.25 Private Business | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 119 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 120 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 121 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 122 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 123 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 124 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 3.03 Arrest of or Court Actions Involvi | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 125 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 3.03 Arrest of or Court Actions Involvi | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 126 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 3.03 Arrest of or Court Actions Involvi | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 127 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 3.03 Arrest of or Court Actions Involvi | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 128 | 22C0311MISC | 09/02/2022 | BILL | WHITE | RALPH | WOOLFOLK | 3.03 Arrest of or Court Actions Involvi | SUSTAINED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 129 | 22C0307CTSY | 09/01/2022 | ZAHRI | MUNROE | BENNIE | HARDEMAN | 2.02 Courtesy | SUSTAINED | SUSPENDED | 04/20/2023 | 3 |
| 130 | 22C0307CTSY | 09/01/2022 | ZAHRI | MUNROE | BENNIE | HARDEMAN | 2.02 Courtesy | SUSTAINED | SUSPENDED | 04/20/2023 | 1 |
| 131 | 22C0307CTSY | 09/01/2022 | ZAHRI | MUNROE | BENNIE | HARDEMAN | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/20/2023 | 3 |
| 132 | 22C0307CTSY | 09/01/2022 | ZAHRI | MUNROE | BENNIE | HARDEMAN | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/20/2023 | 1 |

| # | Case | Date | First | Last | First2 | Last2 | Policy | Finding | Action | Date2 | Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 22C0306CTSY | 08/31/2022 | ANNCOLLETTE | WALTERS | Alfred | Watkins Jr | 2.02 Courtesy | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 134 | 22C0306CTSY | 08/31/2022 | ANNCOLLETTE | WALTERS | Alfred | Watkins Jr | 2.02 Courtesy | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 135 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | Ferdinand | Brumant | 1.01 Appropriate Action Required | SUSTAINED | NO ACTION TAKEN | 04/24/2023 | 0 |
| 136 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | KETTLY | TURNIER | 2.03 Responsibilities of Supervisor | SUSTAINED | WRITTEN REPRIMAND | 04/24/2023 | 0 |
| 137 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | KETTLY | TURNIER | 2.03 Responsibilities of Supervisor | SUSTAINED | SUSPENDED | 04/24/2023 | 1 |
| 138 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | KETTLY | TURNIER | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/24/2023 | 0 |
| 139 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | KETTLY | TURNIER | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/24/2023 | 1 |
| 140 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | KETTLY | TURNIER | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/24/2023 | 0 |
| 141 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | KETTLY | TURNIER | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/24/2023 | 1 |
| 142 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | TERRY | HARPER | 2.33 Conformance to Directives | SUSTAINED | OTHER | 04/24/2023 | 0 |
| 143 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | TERRY | HARPER | 2.33 Conformance to Directives | SUSTAINED | OTHER | 04/24/2023 | 0 |
| 144 | 22C0305MISC | 08/29/2022 | ROBERT | FLEETWOOD | TERRY | HARPER | 1.01 Appropriate Action Required | SUSTAINED | OTHER | 04/24/2023 | 0 |
| 145 | 22C0289CTSY | 08/16/2022 | XAVIER | COOMBS | TERRY | HARPER | 2.02 Courtesy | SUSTAINED | OTHER | 04/13/2023 | 0 |
| 146 | 22C0276SOP | 08/08/2022 | KANAIZA | OMONDI | TYQUAN | ROSS | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/21/2023 | 0 |
| 147 | 22C0276SOP | 08/08/2022 | KANAIZA | OMONDI | TYQUAN | ROSS | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 148 | 22C0276SOP | 08/08/2022 | KANAIZA | OMONDI | TYQUAN | ROSS | 1.01 Appropriate Action Required | SUSTAINED | NO ACTION TAKEN | 04/21/2023 | 0 |
| 149 | 22C0276SOP | 08/08/2022 | KANAIZA | OMONDI | TYQUAN | ROSS | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 150 | 22C0275UAF | 08/05/2022 | BRYAN | ELLINGTON | DARREN | WASHINGTON | 2.50 Maltreatment or Unnecessary For | SUSTAINED | NO ACTION TAKEN | 04/13/2023 | 0 |
| 151 | 22C0275UAF | 08/05/2022 | BRYAN | ELLINGTON | DARREN | WASHINGTON | 2.50 Maltreatment or Unnecessary For | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 152 | 22C0275UAF | 08/05/2022 | BRYAN | ELLINGTON | DARREN | WASHINGTON | 1.01 Appropriate Action Required | SUSTAINED | NO ACTION TAKEN | 04/13/2023 | 0 |
| 153 | 22C0275UAF | 08/05/2022 | BRYAN | ELLINGTON | DARREN | WASHINGTON | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 154 | 22C0267CTSY | 08/03/2022 | JAMES | GELIN | Casey | Johnson | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/11/2023 | 0 |
| 155 | 22C0267CTSY | 08/03/2022 | JAMES | GELIN | Casey | Johnson | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/11/2023 | 0 |
| 156 | 22C0267CTSY | 08/03/2022 | JAMES | GELIN | Casey | Johnson | 2.02 Courtesy | SUSTAINED | WRITTEN REPRIMAND | 04/11/2023 | 0 |
| 157 | 22C0267CTSY | 08/03/2022 | JAMES | GELIN | Casey | Johnson | 2.02 Courtesy | SUSTAINED | ORAL ADMONISHMENT | 04/11/2023 | 0 |
| 158 | 22C0245MISC | 07/15/2022 | PAUL | HALE | MELINA | LIM | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 159 | 22C0245MISC | 07/15/2022 | PAUL | HALE | MELINA | LIM | 2.33 Conformance to Directives | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 160 | 22C0245MISC | 07/15/2022 | PAUL | HALE | ADRIAN | PITTS | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 161 | 22C0245MISC | 07/15/2022 | PAUL | HALE | ADRIAN | PITTS | 1.04 Conduct | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 162 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | TERKAA | IYE | 2.33 Conformance to Directives | SUSTAINED | DISMISSED | 04/21/2023 | 0 |
| 163 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | TERKAA | IYE | 1.01 Appropriate Action Required | SUSTAINED | DISMISSED | 04/21/2023 | 0 |
| 164 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | TERKAA | IYE | 2.33 Conformance to Directives | SUSTAINED | DISMISSED | 04/21/2023 | 0 |
| 165 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | TERKAA | IYE | 2.33 Conformance to Directives | SUSTAINED | DISMISSED | 04/21/2023 | 0 |
| 166 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | SHELDON | IRVING | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 167 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | SHELDON | IRVING | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 168 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | SHELDON | IRVING | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 169 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | SHELDON | IRVING | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 170 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | SHELDON | IRVING | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 171 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | SHELDON | IRVING | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/21/2023 | 0 |
| 172 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | WICKENSON | DEMAITRE | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 173 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | WICKENSON | DEMAITRE | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 174 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | MALIK | SHIELDS | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 175 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | MALIK | SHIELDS | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 176 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | DEMOND | REYNOLDS | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 177 | 22C0244MISC | 07/14/2022 | MESERET | ANENIA | DEMOND | REYNOLDS | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 178 | 22C0235MISC | 7/7/22 | TAYLER | HARRISON | CPI WELLINGTON | CLARKE | 1.01 Appropriate Action Required | NOT SUSTAINED | NO ACTION TAKEN | 4/12/23 | 0 |
| 179 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 2.50 Maltreatment or Unnecessary For | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 180 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 2.50 Maltreatment or Unnecessary For | SUSTAINED | SUSPENDED | 04/27/2023 | 1 |
| 181 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 2.50 Maltreatment or Unnecessary For | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 182 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 2.52 Reporting Required When Force | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 183 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 2.52 Reporting Required When Force | SUSTAINED | SUSPENDED | 04/27/2023 | 1 |
| 184 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 2.52 Reporting Required When Force | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 185 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 186 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/27/2023 | 1 |
| 187 | 22C0213MISC | 06/24/2022 | JORDAN | SCOTT | Dameon | Watson | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/27/2023 | 0 |
| 188 | 22C0187MISC | 05/24/2022 | DONDRAE | TATE | ANGELA | BLUE | 1.04 Conduct | SUSTAINED | SUSPENDED | 04/25/2023 | 1 |
| 189 | 22C0224MISC | 5/19/22 | XAVIER | WILLIAMS | GREGORY | CARTER | 1.04 Conduct | NOT SUSTAINED | NO ACTION TAKEN | 4/13/23 | 0 |
| 190 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/21/2023 | 0 |
| 191 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 192 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 193 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 2.21 Submitting Reports | SUSTAINED | NO ACTION TAKEN | 04/21/2023 | 0 |
| 194 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 2.21 Submitting Reports | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 195 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 2.21 Submitting Reports | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 196 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 1.03 Truthfulness | SUSTAINED | NO ACTION TAKEN | 04/21/2023 | 0 |
| 197 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 1.03 Truthfulness | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 198 | 22C0154SOP | 04/28/2022 | SHANTIE | JORDAN | KALEEM | GIBSON | 1.03 Truthfulness | SUSTAINED | ORAL ADMONISHMENT | 04/21/2023 | 0 |
| 199 | 22C0138MISC | 04/18/2022 | ANSLEY | JACKSON | KI-JANA | WALKER-MICHELE | 1.01 Appropriate Action Required | EXONERATED | NO ACTION TAKEN | 04/25/2023 | 0 |
| 200 | 22C0138MISC | 04/18/2022 | ANSLEY | JACKSON | KI-JANA | WALKER-MICHELE | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 04/25/2023 | 0 |
| 201 | 22C0125MISC | 04/01/2022 | JASMINE | GRIMES | GARY | RUSSELL | 2.50 Maltreatment or Unnecessary For | SUSTAINED | SUSPENDED | 04/26/2023 | 4 |

| # | Case | Date | First | Last | OffFirst | OffLast | Policy | Finding | Discipline | Date2 | Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | 22C0125MISC | 04/01/2022 | JASMINE | GRIMES | GARY | RUSSELL | 2.50 Maltreatment or Unnecessary For | SUSTAINED | SUSPENDED | 04/26/2023 | 1 |
| 203 | 22C0125MISC | 04/01/2022 | JASMINE | GRIMES | GARY | RUSSELL | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/26/2023 | 4 |
| 204 | 22C0125MISC | 04/01/2022 | JASMINE | GRIMES | GARY | RUSSELL | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/26/2023 | 1 |
| 205 | 22C0122UAF | 3/30/22 | TERION | FORTSON | HEATHER | KLOTZER | 2.50 Maltreatment or Unnecessary For | EXONERATED | NO ACTION TAKEN | 4/12/23 | 0 |
| 206 | 22C0122UAF | 3/30/22 | TERION | FORTSON | HEATHER | KLOTZER | 2.33 Conformance to Directives | EXONERATED | NO ACTION TAKEN | 4/12/23 | 0 |
| 207 | 22C0114MISC | 03/24/2022 | DANTE | BARNETT | Bennie | Martin Jr | 2.42 Wearing of Uniforms and Equipm | SUSTAINED | NO ACTION TAKEN | 04/13/2023 | 0 |
| 208 | 22C0114MISC | 03/24/2022 | DANTE | BARNETT | Bennie | Martin Jr | 2.42 Wearing of Uniforms and Equipm | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 209 | 22C0114MISC | 03/24/2022 | DANTE | BARNETT | Bennie | Martin Jr | 1.01 Appropriate Action Required | SUSTAINED | NO ACTION TAKEN | 04/13/2023 | 0 |
| 210 | 22C0114MISC | 03/24/2022 | DANTE | BARNETT | Bennie | Martin Jr | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 211 | 22C0106MISC | 03/17/2022 | SHANNON | GREEN | KANNON | PARKER | 1.01 Appropriate Action Required | EXCEPTIONALLY CLOSED | NO ACTION TAKEN | 04/14/2023 | 0 |
| 212 | 22C0073UAF | 03/02/2022 | ROBERT | SIMMONS | SAMEEH | KHATIB | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/14/2023 | 0 |
| 213 | 22C0073UAF | 03/02/2022 | ROBERT | SIMMONS | DEKONTI | DAVIS | 1.01 Appropriate Action Required | SUSTAINED | WRITTEN REPRIMAND | 04/14/2023 | 0 |
| 214 | 22C0050SOP | 03/01/2022 | SHAMBRIA | DAVIS | TERKAA | IYE | 1.01 Appropriate Action Required | SUSTAINED | NO ACTION TAKEN | 04/24/2023 | 0 |
| 215 | 22C0050SOP | 03/01/2022 | SHAMBRIA | DAVIS | TERKAA | IYE | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/24/2023 | 0 |
| 216 | 22C0050SOP | 03/01/2022 | SHAMBRIA | DAVIS | KEITH | WADSWORTH | 1.01 Appropriate Action Required | SUSTAINED | NO ACTION TAKEN | 04/24/2023 | 0 |
| 217 | 22C0050SOP | 03/01/2022 | SHAMBRIA | DAVIS | KEITH | WADSWORTH | 1.01 Appropriate Action Required | SUSTAINED | SUSPENDED | 04/24/2023 | 3 |
| 218 | 22C0050SOP | 03/01/2022 | SHAMBRIA | DAVIS | KEITH | WADSWORTH | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/24/2023 | 0 |
| 219 | 22C0050SOP | 03/01/2022 | SHAMBRIA | DAVIS | KEITH | WADSWORTH | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/24/2023 | 3 |
| 220 | 22C0074UAF | 2/23/22 | ORLANDO | PITTS | MATTHEW | CRUMP | 2.03 Responsibilities of Supervisor | SUSTAINED | WRITTEN REPRIMAND | 4/12/23 | 0 |
| 221 | 22C0074UAF | 2/23/22 | ORLANDO | PITTS | SAMEEH | KHATIB | 1.01 Appropriate Action Required | SUSTAINED | ORAL ADMONISHMENT | 4/12/23 | 0 |
| 222 | 22C0074UAF | 2/23/22 | ORLANDO | PITTS | CRYSTLE | YOUNG | 2.50 Maltreatment or Unnecessary For | SUSTAINED | WRITTEN REPRIMAND | 4/12/23 | 0 |
| 223 | 22C0074UAF | 2/23/22 | ORLANDO | PITTS | CRYSTLE | YOUNG | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 4/12/23 | 0 |
| 224 | 22C0067MISC | 02/22/2022 | MARIAH | ROBINSON | ABIODUN | AKINGBONA | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/26/2023 | 7 |
| 225 | 22C0067MISC | 02/22/2022 | MARIAH | ROBINSON | ABIODUN | AKINGBONA | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/26/2023 | 5 |
| 226 | 22C0067MISC | 02/22/2022 | MARIAH | ROBINSON | ABIODUN | AKINGBONA | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/26/2023 | 7 |
| 227 | 22C0067MISC | 02/22/2022 | MARIAH | ROBINSON | ABIODUN | AKINGBONA | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/26/2023 | 5 |
| 228 | 22C0056SOP | 02/16/2022 | LARESHA | SHAW | DEMARI | MORGAN | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/13/2023 | 0 |
| 229 | 22C0056SOP | 02/16/2022 | LARESHA | SHAW | DEMARI | MORGAN | 2.02 Courtesy | SUSTAINED | ORAL ADMONISHMENT | 04/13/2023 | 0 |
| 230 | 22C0056SOP | 02/16/2022 | LARESHA | SHAW | Bridgette | Porter | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 04/13/2023 | 0 |
| 231 | 22C0056SOP | 02/16/2022 | LARESHA | SHAW | CHARLES | WATSON | 2.02 Courtesy | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 232 | 22C0038MISC | 1/31/22 | SEAN | EDWARDS | PERRY | LAWRENCE | 1.01 Appropriate Action Required | EXONERATED | NO ACTION TAKEN | 4/12/23 | 0 |
| 233 | 22C0020PE | 01/19/2022 | DAVID | KYALO | SON | TRAN | 2.33 Conformance to Directives | SUSTAINED | NO ACTION TAKEN | 04/12/2023 | 0 |
| 234 | 22C0020PE | 01/19/2022 | DAVID | KYALO | KATIE | AHEARN-RIESTER | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 235 | 22C0015MISC | 01/13/2022 | BYRON | BROOKS | AARON | SMITH | 2.13 Discriminatory References | SUSTAINED | SUSPENDED | 04/12/2023 | 3 |
| 236 | 22C0015MISC | 01/13/2022 | BYRON | BROOKS | AARON | SMITH | 2.13 Discriminatory References | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 237 | 22C0015MISC | 01/13/2022 | BYRON | BROOKS | AARON | SMITH | 1.04 Conduct | SUSTAINED | SUSPENDED | 04/12/2023 | 3 |
| 238 | 22C0015MISC | 01/13/2022 | BYRON | BROOKS | AARON | SMITH | 1.04 Conduct | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 239 | 21C0481SOP | 11/10/21 | | | MATTHEW | GORDON | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 4/13/23 | 3 |
| 240 | 21C0481SOP | 11/10/21 | | | MATTHEW | GORDON | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 4/13/23 | 0 |
| 241 | 21C0481SOP | 11/10/21 | | | GERALD | HILL | 2.33 Conformance to Directives | EXCEPTIONALLY CLOSED | NO ACTION TAKEN | 4/13/23 | 0 |
| 242 | 21C0481SOP | 11/10/21 | | | GERALD | HILL | 2.33 Conformance to Directives | EXCEPTIONALLY CLOSED | NO ACTION TAKEN | 4/13/23 | 0 |
| 243 | 21C0481SOP | 11/10/21 | | | JAMES | JN-NOEL | 2.33 Conformance to Directives | SUSTAINED | ORAL ADMONISHMENT | 4/13/23 | 0 |
| 244 | 21C0481SOP | 11/10/21 | | | AIYONNA | PARKER | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 4/13/23 | 9 |
| 245 | 21C0481SOP | 11/10/21 | | | AIYONNA | PARKER | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 4/13/23 | 2 |
| 246 | 21C0433MISC | 10/07/2021 | ROBERT | HASTINGS | CARIM | FORSYTHE | 1.04 Conduct | SUSTAINED | SUSPENDED | 04/14/2023 | 2 |
| 247 | 21C0339MISC | 08/12/2021 | SHANNON | FULTON | JOVON | EDWARDS | 1.04 Conduct | SUSTAINED | SUSPENDED | 04/13/2023 | 2 |
| 248 | 21C0285PE | 07/07/2021 | ALEXIA | ROBINSON | BENNIE | HARDEMAN | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/12/2023 | 1 |
| 249 | 21C0285PE | 07/07/2021 | ALEXIA | ROBINSON | BENNIE | HARDEMAN | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/12/2023 | 1 |
| 250 | 21C0285PE | 07/07/2021 | ALEXIA | ROBINSON | BENNIE | HARDEMAN | 2.30 Recovered Property | SUSTAINED | SUSPENDED | 04/12/2023 | 1 |
| 251 | 21C0285PE | 07/07/2021 | ALEXIA | ROBINSON | BENNIE | HARDEMAN | 2.30 Recovered Property | SUSTAINED | SUSPENDED | 04/12/2023 | 1 |
| 252 | 21C0196SOP | 05/05/2021 | TONEY | MONTAGAIN | TONEY | CHAMBERS | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 253 | 21C0196SOP | 05/05/2021 | TONEY | MONTAGAIN | TONEY | CHAMBERS | 2.33 Conformance to Directives | SUSTAINED | SUSPENDED | 04/13/2023 | 1 |
| 254 | 21C0196SOP | 05/05/2021 | TONEY | MONTAGAIN | TONEY | CHAMBERS | 2.52 Reporting Required When Force U | SUSTAINED | WRITTEN REPRIMAND | 04/13/2023 | 0 |
| 255 | 21C0196SOP | 05/05/2021 | TONEY | MONTAGAIN | TONEY | CHAMBERS | 2.52 Reporting Required When Force U | SUSTAINED | SUSPENDED | 04/13/2023 | 1 |
| 256 | 21C0119CTSY | 03/12/2021 | QUADEDRA | FAVORS | ANTHONY | COLTON | 2.02 Courtesy | NOT SUSTAINED | NO ACTION TAKEN | 04/17/2023 | 0 |
| 257 | 20C0372PE | 10/01/2020 | QUENTA | BROWN | JOSEPH | KUBITZ | 2.30 Recovered Property | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 258 | 20C0372PE | 10/01/2020 | QUENTA | BROWN | TERRENCE | EPPS | 2.30 Recovered Property | SUSTAINED | NO ACTION TAKEN | 04/12/2023 | 0 |
| 259 | 20C0372PE | 10/01/2020 | QUENTA | BROWN | ZADY | LUNA | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 260 | 20C0372PE | 10/01/2020 | QUENTA | BROWN | ZADY | LUNA | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 261 | 20C0372PE | 10/01/2020 | QUENTA | BROWN | ZADY | LUNA | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 262 | 20C0372PE | 10/01/2020 | QUENTA | BROWN | ZADY | LUNA | 2.33 Conformance to Directives | SUSTAINED | WRITTEN REPRIMAND | 04/12/2023 | 0 |
| 263 | 20C0212MISC | 05/01/2020 | DEWITT | DARRETT | DARVIN | DIAZ-TAYLOR | 2.51 Reporting Required When Force U | SUSTAINED | ORAL ADMONISHMENT | 04/12/2023 | 0 |
| 264 | 20C0212MISC | 05/01/2020 | DEWITT | DARRETT | Alneta | HARRIS | 2.03 Responsibilities of Supervisor | SUSTAINED | NO ACTION TAKEN | 04/12/2023 | 0 |