# Exhibit B



# CITY OF ATLANTA

| ANDRE DICKENS | 226 PEACHTREE STREET, SW | ATLANTA POLICE DEPARTMENT |
| MAYOR | ATLANTA, GEORGIA 30303 | DARIN SCHIERBAUM |
| | 404 - 546-6900 | CHIEF OF POLICE |

May 11, 2023

Edward Joyce
979 Longley Ave. NW
Atlanta, GA 30318

**Re: 23-C-0168-SOP**

Dear Edward Joyce,

    Thank you for taking the time to express your concerns regarding the actions of Officer V. Butler, an employee with the Atlanta Police Department.

    Your allegation of misconduct has been investigated. The investigation determined that the allegation(s) were without factual basis. Therefore, the allegation was deemed unfounded and the complaint is closed at this time.

    The complaint file will be available for your inspection, by appointment only, for a period of twenty-five (25) days at the Office of Professional Standards.

    Thank you for bringing this matter to our attention and your continued interest in the Atlanta Police Department. If you have any questions concerning this complaint, please contact Lieutenant R. Burks at (404) 546-5945.

Sincerely,

Major Carlo Peek, Commander
Office of Professional Standards