# Exhibit C

| OPS File # | "Completed Date" Reported by City of Atlanta | Date on Notification Letter to Complainant | Days by which Date on Notification Letter is AFTER the "Completed Date" Reported by City | USPS Tracking Number | Date Notification Letter Accepted by USPS | Days by which Date Notification Letter was Accepted by USPS is AFTER the "Completed Date" Reported by City |
|---|---|---|---|---|---|---|
| 22C0235MISC | 4/12/2023 | 4/14/2023 | 2 | 70142120000035802078 | Possibly not mailed - No tracking info | |
| 22C0224MISC | 4/13/2023 | 4/14/2023 | 1 | 70142120000055802047 | 5/16/2023 | 33 |
| 21C0196SOP | 04/13/2023 | 4/17/2023 | 4 | Sent by email | Sent by email | |
| 23C0143MISC | 04/03/2023 | 4/25/2023 | 22 | 70142120000055802108 | 5/10/2023 | 37 |
| 23C0133SOP | 4/13/2023 | 4/25/2023 | 12 | 70221670000301160701 | 5/9/2023 | 26 |
| 23C0099MISC | 04/12/2023 | 4/25/2023 | 13 | 70142120000055802177 | 5/4/2023 | 22 |
| 23C0088MISC | 04/13/2023 | 4/25/2023 | 12 | 70142120000055802115 | Insufficient tracking information | |
| 23C0036MISC | 04/12/2023 | 4/25/2023 | 13 | 70132630000021040865 | Insufficient tracking information | |
| 23C0033MISC | 04/13/2023 | 4/25/2023 | 12 | 70142120000055802092 | 5/10/2023 | 27 |
| 23C0034SOP | 04/03/2023 | 4/25/2023 | 22 | 70142120000055802160 | 5/4/2023 | 31 |
| 22C0406MISC | 04/03/2023 | 4/25/2023 | 22 | 70142120000055802122 | 5/10/2023 | 37 |
| 22C0114MISC | 04/13/2023 | 4/25/2023 | 12 | 70142120000055802054 | 5/15/2023 | 32 |
| 22C0056SOP | 04/13/2023 | 4/25/2023 | 12 | 70142120000055802061 | 5/10/2023 | 27 |
| 22C0038MISC | 4/12/2023 | 4/25/2023 | 13 | 70132630000021040858 | Possibly not mailed - No tracking info | |
| 22C0020PE | 04/12/2023 | 4/25/2023 | 13 | 70142120000055802139 | 5/10/2023 | 28 |
| 22C0015MISC | 04/12/2023 | 4/25/2023 | 13 | 70132630000021040896 | Insufficient tracking information | |
| 20C0372PE | 04/12/2023 | 4/25/2023 | 13 | 70142120000055802085 | 5/10/2023 | 28 |
| 20C0212MISC | 04/12/2023 | 4/25/2023 | 13 | Sent by email | Sent by email | |
| 23C0149MISC | 04/03/2023 | 4/26/2023 | 23 | 70142120000055802191 | 5/4/2023 | 31 |
| 23C0101SOP | 04/12/2023 | 4/26/2023 | 14 | 70201810000144203786 | 5/4/2023 | 22 |
| 23C0102SOP | 04/12/2023 | 4/26/2023 | 14 | 70142120000055802184 | 5/4/2023 | 22 |
| 22C0393SOP | 04/12/2023 | 4/26/2023 | 14 | 70201810000144203762 | 5/4/2023 | 22 |
| 22C0275UAF | 04/13/2023 | 4/26/2023 | 13 | 70201810000144203755 | 5/4/2023 | 21 |
| 22C0122UAF | 4/12/2023 | 4/26/2023 | 14 | 70201810000144203748 | 5/4/2023 | 22 |
| 22C0074UAF | 4/12/2023 | 4/26/2023 | 14 | 70142120000055802054 | 5/4/2023 | 22 |
| 21C0481SOP | 4/13/2023 | 4/26/2023 | 13 | 70142120000055801934 | 5/4/2023 | 21 |
| 21C0339MISC | 04/13/2023 | 4/26/2023 | 13 | Sent by email | Sent by email | |
| 21C0285PE | 04/12/2023 | 4/26/2023 | 14 | 70201810000144203779 | 5/4/2023 | 22 |
| 23C0162PE | 04/25/2023 | 5/2/2023 | 7 | 70221670000301159507 | 5/9/2023 | 14 |
| 22C0305MISC | 04/24/2023 | 5/2/2023 | 8 | 70221670000301100000 | 5/9/2023 | 15 |
| 23C0131SOP | 04/26/2023 | 5/3/2023 | 7 | 70221670000301160701 | 5/9/2023 | 13 |
| 23C0110MISC | 04/26/2023 | 5/3/2023 | 7 | 70221670000301159507 | 5/9/2023 | 13 |
| 23C0060SOP | 04/27/2023 | 5/3/2023 | 6 | 70221670000301160718 | 5/9/2023 | 12 |
| 22C0414MISC | 04/26/2023 | 5/3/2023 | 7 | 70221670000301160695 | 5/9/2023 | 13 |
| 22C0358MISC | 04/27/2023 | 5/3/2023 | 6 | 70221670000301159491 | 5/9/2023 | 12 |
| 22C0338SOP | 04/27/2023 | 5/3/2023 | 6 | 70221670000301160732 | 5/9/2023 | 12 |
| 22C0213MISC | 04/27/2023 | 5/3/2023 | 6 | 70221670000301160725 | 5/9/2023 | 12 |
| 22C0187MISC | 04/25/2023 | 5/3/2023 | 8 | 70201810000056278605 | 5/10/2023 | 15 |
| 22C0125MISC | 04/26/2023 | 5/3/2023 | 7 | 70201810000056278612 | 5/9/2023 | 13 |
| 22C0067MISC | 04/26/2023 | 5/3/2023 | 7 | 70201810000056278629 | 5/9/2023 | 13 |
| 23C0049MISC | 04/12/2023 | 5/10/2023 | 28 | 70221670000301160589 | Possibly not mailed - No tracking info | |
| 22C0138MISC | 04/25/2023 | 5/10/2023 | 15 | 70221670000301160626 | Possibly not mailed - No tracking info | |
| 21C0433MISC | 04/14/2023 | 5/10/2023 | 26 | Sent by email | Sent by email | |
| 23C0168SOP | 04/19/2023 | 5/11/2023 | 22 | 70221670000301160428 | Possibly not mailed - No tracking info | |
| 22C0073UAF | 04/14/2023 | 5/11/2023 | 27 | Sent by email | Sent by email | |
| 22C0050SOP | 04/24/2023 | 5/11/2023 | 17 | No certified mail slip | | |
| 23C0189SOP | 04/25/2023 | File Not Produced | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23C0170SOP | 4/13/2023 | File Not Produced | | | | |
| 23C0160SOP | 5/2/2023 | No Notification Letter in OPS File | | | | |
| 23C0138MISC | 04/14/2023 | No Notification Letter in OPS File | | | | |
| 23C0134CTSY | 04/14/2023 | No Notification Letter in OPS File | | | | |
| 23C0135MISC | 04/14/2023 | No Notification Letter in OPS File | | | | |
| 23C0129MISC | 04/17/2023 | No Notification Letter in OPS File | | | | |
| 23C0130SOP | 04/17/2023 | No Notification Letter in OPS File | | | | |
| 23C0122SOP | 04/13/2023 | No Notification Letter in OPS File | | | | |
| 23C0122SOP | 04/13/2023 | No Notification Letter in OPS File | | | | |
| 23C0121MISC | 04/11/2023 | No Notification Letter in OPS File | | | | |
| 23C0106SOP | 04/21/2023 | No Notification Letter in OPS File | | | | |
| 23C0100CTSY | 04/19/2023 | No Notification Letter in OPS File | | | | |
| 23C0087SOP | 04/20/2023 | No Notification Letter in OPS File | | | | |
| 23C0038CTSY | 04/14/2023 | No Notification Letter in OPS File | | | | |
| 23C0031SOP | 04/20/2023 | No Notification Letter in OPS File | | | | |
| 23C0025SOP | 04/20/2023 | No Notification Letter in OPS File | | | | |
| 23C0022MISC | 04/18/2023 | No Notification Letter in OPS File | | | | |
| 22C0465MISC | 4/21/2023 | No Notification Letter in OPS File | | | | |
| 22C0440MISC | 04/21/2023 | No Notification Letter in OPS File | | | | |
| 22C0439CTSY | 04/14/2023 | No Notification Letter in OPS File | | | | |
| 22C0426MISC | 04/20/2023 | No Notification Letter in OPS File | | | | |
| 22C0326SOP | 04/18/2023 | No Notification Letter in OPS File | | | | |
| 22C0311MISC | 04/14/2023 | No Notification Letter in OPS File | | | | |
| 22C0307CTSY | 04/20/2023 | No Notification Letter in OPS File | | | | |
| 22C0306CTSY | 04/21/2023 | No Notification Letter in OPS File | | | | |
| 22C0289CTSY | 04/13/2023 | No Notification Letter in OPS File | | | | |
| 22C0276SOP | 04/21/2023 | No Notification Letter in OPS File | | | | |
| 22C0267CTSY | 04/11/2023 | No Notification Letter in OPS File | | | | |
| 22C0245MISC | 04/17/2023 | No Notification Letter in OPS File | | | | |
| 22C0244MISC | 04/21/2023 | No Notification Letter in OPS File | | | | |
| 22C0154SOP | 04/21/2023 | No Notification Letter in OPS File | | | | |
| 22C0106MISC | 04/14/2023 | No Notification Letter in OPS File | | | | |
| 21C0119CTSY | 04/17/2023 | No Notification Letter in OPS File | | | | |