# Exhibit D



# CITY OF ATLANTA

| ANDRE DICKENS | 226 PEACHTREE STREET, SW | ATLANTA POLICE DEPARTMENT |
| MAYOR | ATLANTA, GEORGIA 30303 | DARIN SCHIERBAUM |
| | 404 - 546-6900 | CHIEF OF POLICE |

May 3, 2023

Brooke Bailey
2128 Shoals Way
Decatur, GA 30034

Re: 22-C-0414-MISC

Dear Brooke Bailey,

    Thank you for taking the time to express your concerns regarding the actions of Officer A. Smith, an employee with the Atlanta Police Department.

    A preliminary investigation did develop sufficient information to prove the allegation stated in your complaint. Therefore, appropriate corrective actions have been taken against these officers.

    Thank you for bringing this matter to our attention and your continued interest in the Atlanta Police Department. If you have any questions concerning this complaint, please contact Lieutenant R. Burks (404) 546-5945.

Sincerely,

Major Carlo Peek, Commander
Office of Professional Standards

