# Exhibit E



# CITY OF ATLANTA

| ANDRE DICKENS | 226 PEACHTREE STREET, SW | ATLANTA POLICE DEPARTMENT |
| MAYOR | ATLANTA, GEORGIA 30303 | DARIN SCHIERBAUM |
| | 404 - 546-6900 | CHIEF OF POLICE |

May 11, 2023

Shambra Davis
102 Chatfield Rd.
Culloden, GA 31016

**Re: 22-C-0050-SOP**

Dear Shambra Davis,

    Thank you for taking the time to express your concerns regarding the actions of Officer K. Wadsworth, an employee with the Atlanta Police Department.

    Your allegation of misconduct has been investigated. Sufficient information was gathered to prove the actions taken by Officer K. Wadsworth was lawful, proper and within the guidelines. Therefore, at this time the complaint is closed.

    The investigation did develop sufficient information to prove the allegation stated in your complaint regarding Officer K. Wadsworth. Therefore, appropriate corrective actions have been taken against these officers and this file is closed.

    The complaint file will be available for your inspection, by **APPOINTMENT ONLY**, for a period of twenty-five (25) days at the Office of Professional Standards.

    Thank you for bringing this matter to our attention and your continued interest in the Atlanta Police Department. If you have any questions concerning this complaint, please contact Lieutenant R. Burks at (404) 546-5945.

Sincerely,

Major Carlo Peek, Commander
Office of Professional Standards

CP/se
cc: File