# Exhibit F



# C I T Y   O F   A T L A N T A

ANDRE DICKENS                           226 PEACHTREE STREET, SW                   ATLANTA POLICE DEPARTMENT
MAYOR                                        ATLANTA, GEORGIA 30303                        DARIN SCHIERBAUM
                                                  404 - 546-6900                                   CHIEF OF POLICE

April 26, 2023

Crystal Douglas
1371 Live Oak Ln.
Brookhaven, GA 30319

**Re: 22-C-0393-SOP**

Dear Crystal Douglas,

Thank you for taking the time to express your concerns regarding the actions of Officer L. Marshall, an employee with the Atlanta Police Department.

The investigation did not develop sufficient information to prove or disprove the allegation regarding Work Rule 4.2.23 GIVING IDENTIFICATION. Therefore, at this time this allegation is closed.

Your allegation of misconduct regarding work rule 4.2.33 CONFORMANCE TO DIRECTIVES has been investigated. Sufficient information was gathered to prove the action taken by this officer was lawful, proper and within the guidelines. Therefore, at this time the complaint is closed.

The file will be available for your inspection, by **APPOINTMENT ONLY**, for a period of twenty-five (25) days at the Office of Professional Standards.

Thank you for bringing this matter to our attention and your continued interest in the Atlanta Police Department. If you have any questions concerning this complaint, please contact ~~Sergeant B. Booker at (404) 546-5945~~.

Sincerely,

Major Carlo Peek, Commander
Office of Professional Standards

7020 1810 0001 4420 3762

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions