# Exhibit G

# OPS Complaint File Closeout Report

OPS Control Number: __22C0393SOP__   Date Investigation Received: __10/27/2022__

Date Investigation Completed: _____   Date Investigation Adjudicated: __03/30/2023__

Accused Employee: __LAQUAISHA MARSHALL__   R/S: __BLACK/FEMALE__   Unique ID: __7843__

Accused Employee's Assignment:   __FOD__   __ZONE 5__   _____
                                 DIVISION    SECTION    WATCH

Investigative Disposition:

| | Work Rule #1 | Work Rule #2 | Work Rule #3 | Work Rule #4 | Work Rule #5 |
|---|---|---|---|---|---|
| Rule Number(s): | 2.23 | 2.33-4010 | | | |
| Disciplinary Action: | EX | OA | | | |
| Modified Action: | | | | | |
| Disciplinary Category: | | A | | | |
| Date of Action: | 03/15/2023 | 03/30/2023 | | | |

Waiver: ☐YES ☐NO    CVSA: ☐YES ☐NO    SAA: ☐YES ☐NO

Reimbursement Payment: ☐YES ☐NO

Special Conditions and/or Agreement: _____

---

Accused Employee: _____   R/S: ____/____   Unique ID: _____

Accused Employee's Assignment:   _____   _____   _____
                                 DIVISION    SECTION    WATCH

Investigative Disposition:

| | Work Rule #1 | Work Rule #2 | Work Rule #3 | Work Rule #4 | Work Rule #5 |
|---|---|---|---|---|---|
| Rule Number(s): | | | | | |
| Disciplinary Action: | | | | | |
| Modified Action: | | | | | |
| Disciplinary Category: | | | | | |
| Date of Action: | | | | | |

Waiver: ☐YES ☐NO    CVSA: ☐YES ☐NO    SAA: ☐YES ☐NO

Reimbursement Payment: ☐YES ☐NO

Special Conditions and/or Agreement: _____

Form Completed by: _____   Date: _____