# Exhibit H

Personal Information Redacted by Plaintiffs

APD Citizen Complaint Details                                                                                          Page 1

| Report Title: | APD Citizen Complaint Details |
| Run Date and Time: | 2021-11-15 01:43:33 PM Eastern Standard Time |
| Run by: | Kai Mitchell |
| Table name: | sn_customerservice_use_of_force |

## APD Citizen Complaint

| Number: | APD0001332 | State: | Assigned |
| Channel: | Citizen Reported | Opened: | 2021-11-10 03:57:02 AM |
| Anonymous Citizen: | No | Parent: | |
| Complaint Type: | Use of Excessive Force | IaPro case#: | |
| First Name: | Keeva | Assignment group: | APD-OPS Non-Integrity Team |
| Last Name: | Richmond | Assigned to: | Kai Mitchell |

Short description:

Citizen Use of Force Complaint

Description:

Officers failed to identify themselves as law enforcement. Officers also used excessive force. Also officers are not fully trained on de-escalating situations.

## Incident Summary

| Incident Date: | 2021-11-08 | Address: | N/a |
| Incident Time: | 01:00 | City: | Atlanta |
| Did this incident include excessive use of force?: | Yes | Valid Address: | false |
| Is there any evidence about the incident? (Traffic Tickets, Police Reports, etc): | false | Validated Location: | |
| | | Police Zone: | |
| | | District: | |
| Evidence Description: | | Signature of Complaining Party (Type in your full name): | Keeva Richmond |
| Name of Witness(es) to Incident: | Dakota Hunt | | |
| Contact Information of Witness(es) to Incident: | ~~4737313302~~ | Date of Signature: | 2021-11-10 |
| Name of Officer(s) Involved: | M. Gordon And K. Parks | | |
| Badge Number of Officer(s) Involved: | N/a | | |
| Physical Description of Officer(s) Involved: | | | |

## Citizen Information

| Citizen Address: | ~~████~~ Emerald Ave | Telephone Number: | ~~(███) ███-████~~ |
| Citizen City: | Chicago | Alternate Phone Number: | |
| Citizen Zip: | 60620 | Email: | ~~████████~~94@gmail.com |
| Citizen State: | IL | Date of Birth: | ~~████-██-██~~ |
| | | Gender: | Female |
| | | Race: | Black or African American |
| | | Employer: | APD |