# Exhibit I



# CITY OF ATLANTA

| ANDRE DICKENS | 226 PEACHTREE STREET, SW | ATLANTA POLICE DEPARTMENT |
|---|---|---|
| MAYOR | ATLANTA, GEORGIA 30303 | DARIN SCHIERBAUM |
| | 404 - 546-6900 | CHIEF OF POLICE |

April 26, 2023

Keeva Richmond
7716 S. Emerald Ave.
Chicago, IL 60620

**Re: 21-C-0481-SOP**

Dear Keeva Richmond,

     Thank you for taking the time to express your concerns regarding the actions of Officers M. Gordon, A. Parks, and J. Jn-Noel employees with the Atlanta Police Department.

     A preliminary investigation did develop sufficient information to prove the allegation stated in your complaint. Therefore, appropriate corrective actions have been taken against these officers.

     Thank you for bringing this matter to our attention and your continued interest in the Atlanta Police Department. If you have any questions concerning this complaint, please contact Lieutenant R. Burks (404) 546-5945.

Sincerely,

Major Carlo Peek, Commander
Office of Professional Standards

