# Exhibit J



| Atlanta Police Department | Internal Correspondence |
|---|---|
| *Office of Professional Standards* | *Internal Affairs Unit* |

# MEMORANDUM

TO:       Major T. Williams

            Lieutenant J. Collins

FROM:   Sgt. C. Faircloth

DATE:    April 13, 2022

RE:       Investigation and Disposition
            **OPS File # 21-C-0481-SOP**

An investigation of the allegation of this complaint and any other allegations, which arose during the investigation, has been completed.

The following represents the findings of this investigation:

### I.  INVESTIGATIVE DISPOSITION

Of the Complaint against:

<u>Officer Matthew Gordon</u>  CID

[X] Sustained      **4.2.33 Conformance to Directives (APD.SOP.3133 Body Worn Cameras)**

[X] Sustained      **4.2.33 Conformance to Directives (APD.SOP.2060 Extra Jobs)**

<u>Officer Aiyonna Parks</u>  2-6

[X] Sustained      **4.2.33 Conformance to Directives (APD.SOP.3133 Body Worn Cameras)**

[X] Sustained      **4.2.33 Conformance to Directives (APD.SOP.2060 Extra Jobs)**

<u>Officer James Jn-Noel</u>  2-5

[X] Sustained      **4.2.33 Conformance to Directives (APD.SOP.3133 Body Worn Cameras)**

MEMORANDUM

Senior Police Officer Gerald Hill      Z-5

[X] Sustained          4.2.33 Conformance to Directives
                       (APD.SOP.3133 Body Worn Cameras)

## II. POLICY OR PROCEDURAL CHANGES, TRAINING, RECOMMENDATIONS, AND/OR COMMENTS

The Department requests an investigation into the allegation that Officer Matthew Gordon, Officer Aiyonna Parks, Officer James Jn-Noel, and Senior Police Officer Gerald Hill failed to record their entire interactions with the complainant on 11/8/2021. It is also alleged that Officer Matthew Gordon, Officer Aiyonna Parks did not have a valid permit for the extra job they were working.

This investigation did produce factual evidence to indicate that Officer Matthew Gordon, Officer Aiyonna Parks, Officer James Jn-Noel, and Senior Police Officer Gerald Hill violated listed work rule, APD.SOP.2010/4.2.33 Conformance to Directives (APD.SOP.3133 Body Worn Camera). There was also factual evidence to indicate that Officer Matthew Gordon and Officer Aiyonna Parks violated listed work rule, APD.SOP.2010/4.2.33 Conformance to Directives (APD.SOP.2060 Extra Jobs).

On November 8, 2021, Officer Aiyonna Parks and Officer Matthew Gordon worked an extra job at 290 Simpson Rd NW. The extra job consisted of providing a police presence during an event called "Bon Fire". Officer Parks and Officer Matthew did not get an approved extra job permit prior to working this event. At approximately 0047 hours Officer Parks and Officer Matthew made contact with Ms. Keeva Richmond (driver) and Ms. Kahla Richmond (passenger) in a white in color Mazda SUV stopped in front of the event, on the city street, and blocking the flow of traffic. Officer Parks and Officer Gordon repeatedly asked Ms. Keeva Richmond to move her vehicle; however, she to refused to move. Officer Gordon advised Ms. Keeva Richmond if she did not move, she would be arrested, but she again refused. Officer Gordon asked Ms. Keeva Richmond to exit the vehicle, but she refused. Officer Gordon reached into the window of the vehicle with his hand to unlock the door. Ms. Keeva Richmond pushed Officer Gordon's hand out of the vehicle and drove away to the end of the block. (**Beginning of Officer Gordon's BWC Recording**). Officer Parks failed to place her BWC in event recording mode when she made initial contact with the complainant. Ms. Keeva Richmond parked her vehicle in the intersection of Simpson St NW and Luckie St NW and exits the vehicle with Ms. Kahla Richmond. Officer Gordon made contact again with Ms. Keeva Richmond in the middle of Simpson St NW. She was walking in their direction while yelling at Officer Parks. Ms. Keeva Richmond is heard saying, "they are not the police.", but proceeds to read Officer Gordon's uniform patch out loud saying, "Atlanta Police." Ms. Kahla Richmond made the verbal threat towards Officer Parks, "We will put her in the hospital!" Both Ms. Keeva Richmond and Ms. Kahla Richmond continued their belligerent rant and several times Officer Gordon directs them back to their vehicle while encouraging them to leave. Ms. Keeva Richmond walked in the direction of