# Exhibit K

| OPS File # | Actual Date of Complaint | Days Open at Plaintiffs' Second Motion for Contempt (1/23/2023) | Days Open at Court's Contempt Order (3/1/2023) | Days Open at Court's 60 Day Deadline (4/30/2023) |
|---|---|---|---|---|
| 20C0212MISC | 4/3/2020 | 1025 | 1062 | 1122 |
| 20C0372PE | 9/16/2020 | 859 | 896 | 956 |
| 21C0119CTSY | 2/9/2021 | 713 | 750 | 810 |
| 21C0196SOP | 4/15/2021 | 648 | 685 | 745 |
| 21C0285PE | 7/1/2021 | 571 | 608 | 668 |
| 21C0339MISC | 7/27/2021 | 545 | 582 | 642 |
| 21C0433MISC | 9/1/2021 | 509 | 546 | 606 |
| 21C0481SOP | 11/10/2021 | 439 | 476 | 536 |
| 22C0056SOP | 12/3/2021 | 416 | 453 | 513 |
| 22C0020PE | 12/3/2021 | 416 | 453 | 513 |
| 22C0015MISC | 12/31/2021 | 388 | 425 | 485 |
| 22C0073UAF | 1/26/2022 | 362 | 399 | 459 |
| 22C0038MISC | 1/31/2022 | 357 | 394 | 454 |
| 22C0067MISC | 2/21/2022 | 336 | 373 | 433 |
| 22C0114MISC | 2/22/2022 | 335 | 372 | 432 |
| 22C0050SOP | 2/23/2022 | 334 | 371 | 431 |
| 22C0074UAF | 2/23/2022 | 334 | 371 | 431 |
| 22C0106MISC | 3/16/2022 | 313 | 350 | 410 |
| 22C0125MISC | 3/25/2022 | 304 | 341 | 401 |
| 22C0122UAF | 3/29/2022 | 300 | 337 | 397 |
| 22C0154SOP | 4/14/2022 | 284 | 321 | 381 |
| 22C0138MISC | 4/15/2022 | 283 | 320 | 380 |
| 22C0245MISC | 5/6/2022 | 262 | 299 | 359 |
| 22C0187MISC | 5/18/2022 | 250 | 287 | 347 |
| 22C0224MISC | 5/19/2022 | 249 | 286 | 346 |
| 22C0307CTSY | 5/23/2022 | 245 | 282 | 342 |
| 22C0289CTSY | 6/15/2022 | 222 | 259 | 319 |
| 22C0213MISC | 6/17/2022 | 220 | 257 | 317 |
| 22C0235MISC | 6/29/2022 | 208 | 245 | 305 |
| 22C0326SOP | 7/3/2022 | 204 | 241 | 301 |
| 22C0244MISC | 7/9/2022 | 198 | 235 | 295 |
| 23C0087SOP | 7/15/2022 | 192 | 229 | 289 |
| 22C0267CTSY | 7/15/2022 | 192 | 229 | 289 |
| 22C0358MISC | 7/18/2022 | 189 | 226 | 286 |
| 22C0275UAF | 7/25/2022 | 182 | 219 | 279 |