Exhibit M

| OPS File # | Date of Complaint Reported by City of Atlanta | Actual Date of Complaint | Date Reported by City Accurate or False | Days By Which Date Reported by City is False |
|---|---|---|---|---|
| | | | | |
| 23C0087SOP | 2/15/2023 | 7/15/2022 | FALSE | 215 |
| 23C0122SOP | 3/6/2023 | 10/13/2022 | FALSE | 144 |
| 23C0122SOP | 3/6/2023 | 10/13/2022 | FALSE | 144 |
| 23C0149MISC | 3/23/2023 | 11/21/2022 | FALSE | 122 |
| 22C0307CTSY | 9/1/2022 | 5/23/2022 | FALSE | 101 |
| 23C0034SOP | 1/24/2023 | 10/26/2022 | FALSE | 90 |
| 22C0358MISC | 10/6/2022 | 7/18/2022 | FALSE | 80 |
| 22C0056SOP | 2/16/2022 | 12/3/2021 | FALSE | 75 |
| 23C0326SOP | 9/14/2022 | 7/3/2022 | FALSE | 73 |
| 22C0245MISC | 7/15/2022 | 5/6/2022 | FALSE | 70 |
| 23C0088MISC | 2/16/2023 | 12/13/2022 | FALSE | 65 |
| 22C0289CTSY | 8/16/2022 | 6/15/2022 | FALSE | 62 |
| 22C0020PE | 1/19/2022 | 12/3/2021 | FALSE | 47 |
| 23C0099MISC | 2/20/2023 | 1/14/2023 | FALSE | 37 |
| 21C0433MISC | 10/7/2021 | 9/1/2021 | FALSE | 36 |
| 22C0073UAF | 3/2/2022 | 1/26/2022 | FALSE | 35 |
| 23C0025SOP | 1/23/2023 | 12/22/2022 | FALSE | 32 |
| 21C0119CTSY | 3/12/2021 | 2/9/2021 | FALSE | 31 |
| 22C0114MISC | 3/24/2022 | 2/22/2022 | FALSE | 30 |
| 23C0102SOP | 2/21/2023 | 1/24/2023 | FALSE | 28 |
| 20C0212MISC | 5/1/2020 | 4/3/2020 | FALSE | 28 |
| 23C0131SOP | 3/13/2023 | 2/16/2023 | FALSE | 25 |
| 23C0101SOP | 2/21/2023 | 1/27/2023 | FALSE | 25 |
| 22C0414MISC | 11/14/2022 | 10/20/2022 | FALSE | 25 |
| 23C0162PE | 3/29/2023 | 3/6/2023 | FALSE | 23 |
| 23C0100CTSY | 2/21/2023 | 2/1/2023 | FALSE | 20 |
| 21C0196SOP | 5/5/2021 | 4/15/2021 | FALSE | 20 |
| 22C0267CTSY | 8/3/2022 | 7/15/2022 | FALSE | 19 |
| 23C0168SOP | 3/29/2023 | 3/11/2023 | FALSE | 18 |
| 23C0135MISC | 3/14/2023 | 2/24/2023 | FALSE | 18 |
| 22C0426MISC | 11/21/2022 | 11/3/2022 | FALSE | 18 |
| 23C0106SOP | 2/22/2023 | 2/6/2023 | FALSE | 16 |
| 23C0060SOP | 2/1/2023 | 1/16/2023 | FALSE | 16 |
| 23C0036MISC | 1/25/2023 | 1/9/2023 | FALSE | 16 |
| 21C0339MISC | 8/12/2021 | 7/27/2021 | FALSE | 16 |
| 23C0129MISC | 3/13/2023 | 2/26/2023 | FALSE | 15 |
| 23C0022MISC | 1/18/2023 | 1/3/2023 | FALSE | 15 |
| 20C0372PE | 10/1/2020 | 9/16/2020 | FALSE | 15 |
| 23C0033MISC | 1/24/2023 | 1/10/2023 | FALSE | 14 |
| 22C0154SOP | 4/28/2022 | 4/14/2022 | FALSE | 14 |
| 22C0306CTSY | 8/31/2022 | 8/18/2022 | FALSE | 13 |
| 22C0015MISC | 1/13/2022 | 12/31/2021 | FALSE | 13 |
| 22C0393SOP | 10/27/2022 | 10/16/2022 | FALSE | 11 |
| 22C0275UAF | 8/5/2022 | 7/25/2022 | FALSE | 11 |
| 23C0049MISC | 1/30/2023 | 1/20/2023 | FALSE | 10 |
| 23C0038CTSY | 1/26/2023 | 1/16/2023 | FALSE | 10 |

| | | | | |
|---|---|---|---|---|
| 23C0134CTSY | 3/14/2023 | 3/6/2023 | FALSE | 8 |
| 23C0133SOP | 3/4/2023 | 2/24/2023 | FALSE | 8 |
| 22C0235MISC | 7/7/2022 | 6/29/2022 | FALSE | 8 |
| 22C0338SOP | 9/22/2022 | 9/15/2022 | FALSE | 7 |
| 22C0213MISC | 6/24/2022 | 6/17/2022 | FALSE | 7 |
| 22C0125MISC | 4/1/2022 | 3/25/2022 | FALSE | 7 |
| 22C0440MISC | 11/29/2022 | 11/23/2022 | FALSE | 6 |
| 22C0276SOP | 8/8/2022 | 8/2/2022 | FALSE | 6 |
| 22C0187MISC | 5/24/2022 | 5/18/2022 | FALSE | 6 |
| 22C0050SOP | 3/1/2022 | 2/23/2022 | FALSE | 6 |
| 21C0285PE | 7/7/2021 | 7/1/2021 | FALSE | 6 |
| 23C0130SOP | 3/13/2023 | 3/8/2023 | FALSE | 5 |
| 22C0406MISC | 11/7/2022 | 11/2/2022 | FALSE | 5 |
| 22C0305MISC | 8/29/2022 | 8/24/2022 | FALSE | 5 |
| 22C0244MISC | 7/14/2022 | 7/9/2022 | FALSE | 5 |
| 23C0031SOP | 1/24/2023 | 1/20/2023 | FALSE | 4 |
| 22C0311MISC | 9/2/2022 | 8/29/2022 | FALSE | 4 |
| 22C0138MISC | 4/18/2022 | 4/15/2022 | FALSE | 3 |
| 23C0143MISC | 3/22/2023 | 3/20/2023 | FALSE | 2 |
| 22C0439CTSY | 11/29/2022 | 11/27/2022 | FALSE | 2 |
| 23C0121MISC | 3/2/2023 | 3/1/2023 | FALSE | 1 |
| 23C0110MISC | 2/23/2023 | 2/22/2023 | FALSE | 1 |
| 22C0465MISC | 12/15/2022 | 12/14/2022 | FALSE | 1 |
| 22C0122UAF | 3/30/2022 | 3/29/2022 | FALSE | 1 |
| 22C0106MISC | 3/17/2022 | 3/16/2022 | FALSE | 1 |
| 22C0067MISC | 2/22/2022 | 2/21/2022 | FALSE | 1 |
| 22C0224MISC | 5/19/2022 | 5/19/2022 | ACCURATE | 0 |
| 22C0074UAF | 2/23/2022 | 2/23/2022 | ACCURATE | 0 |
| 22C0038MISC | 1/31/2022 | 1/31/2022 | ACCURATE | 0 |
| 21C0481SOP | 11/10/2021 | 11/10/2021 | ACCURATE | 0 |