UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD PENNINGTON, et al. | )   Case No. 1:09-CV-3286-TCB |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO IMPOSE SUSPENDED SANCTIONS**

**COMES NOW,** Defendant City of Atlanta ("City"), by and through undersigned counsel, and moves this Court pursuant to Fed. R. Civ. P. 6(b) for a ten (10) day extension of time in which to file its response to Plaintiff's motion to impose suspended sanctions.

Under Local Rule 7.1(B), the City's response is currently due June 13, 2023. However, Fed. R. of Civ. P. 6(b) permits this Court broad discretion in granting enlargements of time made prior to the expiration of the time originally permitted to make the subject filing. Due to recent, ongoing, and continued unforeseen circumstances, the Atlanta Police Department's resources have been strained. Given the importance of the motion, the City respectfully requests an extension of time of

1

ten (10) days, extending the deadline for the City's response to June 23, 2023 to fully review and investigate the allegations claimed in Plaintiffs' Motion. For the Court's convenience, a proposed Order is attached.

The City contacted Plaintiffs' counsel earlier today to request consent to this motion but have not yet received a response.

Respectfully submitted this 8th day of June 2023.

By: */s/ Staci J. Miller*
**STACI J. MILLER**
Attorney
Georgia Bar No. 601594
sjmiller@atlantaga.gov
(404) 546-4083
***Attorneys for Defendant***

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA 30303-3520
(404) 546-4100 *main*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

**ATLANTA DIVISION**

| | |
|---|---|
| **GEOFFREY CALHOUN, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**RICHARD PENNINGTON, et al.** )<br>)<br>**Defendants.** )<br>) | Case No. 1:09-CV-3286-TCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2023, I served the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO IMPOSE SUSPENDED SANCTIONS** on all counsel of record in this matter via this Court's EMCF/PACER e-filing system.

Respectfully submitted this 8th day of June 2023.

By: */s/ Staci J. Miller*<br>
**STACI J. MILLER**<br>
Attorney<br>
Georgia Bar No. 601594<br>
sjmiller@atlantaga.gov<br>
(404) 546-4083<br>
*Attorneys for Defendant*

**City of Atlanta Law Department**
55 Trinity Avenue SW Suite 5000
Atlanta, GA 30303-3520
(404) 546-4100 *main*

3