UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action |
| v. | ) File No. 1:09-CV-3286-TCB |
| | ) |
| | ) |
| RICHARD PENNINGTON, et al. | ) |
| | ) |
| Defendants. | ) |

PLAINTIFFS' CONSENT TO DEFENDANT CITY OF ATLANTA'S
REQUEST FOR EXTENSION (DOC. 498)

COME NOW Plaintiffs, who respectfully inform this Court of their consent to Defendant City of Atlanta's request (Doc. 498) for a ten (10) day extension of the time to respond to Plaintiffs' Motion to Impose Suspended Sanctions and Predetermined Coercive Sanctions (Doc. 496).

This 9th day of June, 2023.[1]

---

[1] Counsel hereby certifies that this document has been prepared in Book Antiqua font (13 point) in accordance with Local Rule 5.1(C)

**ATTORNEYS FOR PLAINTIFFS**

**Daniel J. Grossman**
GA State Bar No. 313815
Law Office of Daniel J. Grossman
5101 Old Highway 5, #701
Lebanon, GA 30146
Telephone: (404) 654-0326
Email: Dan@DanGrossmanLaw.com

**Gregory R. Nevins**
GA State Bar No. 539529
Lambda Legal Defense & Education Fund, Inc.
730 Peachtree St. NE
Atlanta, GA 30308
Telephone: (404) 897-1880
Email: GNevins@lambdalegal.org

**Gerald R. Weber, Jr.**
GA State Bar No. 744878
Southern Center for Human Rights
60 Walton St NW
Atlanta, GA 30303-2149
Telephone: (404) 688-1202
Email: gweber@schr.org

**Clayton Skinner**
GA State Bar No. 360849
The Skinner Law Firm
P.O. Box. 570773
Atlanta, GA 30357
Telephone: (706) 215-5006
Email: clay@vpsouth.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | |
|---|---|
| GEOFFREY CALHOUN, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) Civil Action |
|         v. | ) File No. 1:09-CV-3286-TCB |
| | ) |
| RICHARD PENNINGTON, et al. | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing PLAINTIFFS' CONSENT TO DEFENDANT CITY OF ATLANTA'S REQUEST FOR EXTENSION (DOC. 498) to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are on CM/ECF.

So certified this 9th day of June, 2023.

By: **Daniel J. Grossman**
GA State Bar No. 313815
Attorney for Plaintiffs
Law Office of Daniel J. Grossman
5101 Old Highway 5, #701
Lebanon, GA 30146
Telephone: (404) 654-0326
Email: Dan@DanGrossmanLaw.com