IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEOFFREY CALHOUN, et al.,

    Plaintiffs,

v.

RICHARD PENNINGTON, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:09-cv-3286-TCB

**O R D E R**

This case comes before the Court on Plaintiffs' motion [496] to impose suspended sanctions and predetermined coercive sanctions.

On March 1, 2023, the Court issued a contempt order instructing the City of Atlanta to comply with its responsibility to adjudicate overdue citizen complaints of police misconduct within 60 days of the contempt order. This deadline was May 15. The Court warned that "the City shall pay a sanction of $1,000 for each day that each such investigation remains open beyond this deadline." [492] at 4.

Plaintiffs have now come forward with damning evidence that the City of Atlanta is *still* not fulfilling its obligations to timely adjudicate citizen complaints and has not provided Plaintiffs with accurate information regarding its compliance. Further, it appears that the City has been untruthful to the Court in its response to the Plaintiffs' motion for sanctions. This dishonesty is negligent at best, deceitful at worst.

Accordingly, the Court agrees with the Plaintiffs that stronger coercive sanctions are necessary to ensure the City's compliance with this Court's repeated orders. The Plaintiffs are ordered to calculate the exact amount of sanctions required and submit the figure to the Court within 14 days of this order for review.

IT IS SO ORDERED this 3rd of October, 2023.

Timothy C. Batten, Sr.
Chief United States District Judge