# Exhibit I

# Wholly Deficient Notification - Still Open - "Category A" (Complaints Open More than 120 Days)

| OPS File No. | Complainant First Name | Complainant Last Name | Actual Date of Complaint | Notification Date | Reason Still Open | Days Open from April 30, 2023 deadline to Report Date (10/23/2023) | Sanction ($1,000 per day) |
|---|---|---|---|---|---|---|---|
| 21C0481SOP | KEEVA | RICHMOND | N/A | Still open | Notification Letter has False Information | 176 | $176,000 |
| 22C0307CTSY | ZAHRI | MUNROE | N/A | Still open | Notification Letter has False Information | 176 | $176,000 |
| 22C0275UAF | BRYAN | ELLINGTON | N/A | Still open | Notification Letter has False Information | 176 | $176,000 |
| 22C0393SOP | KRYSTAL | DOUGLAS | N/A | Still open | Notification Letter has False Information | 176 | $176,000 |
| 22C0392SOP | ANTAVIOUS | CARTER | N/A | Still open | Notification Letter has False Information | 176 | $176,000 |
| 22C0289CTSY | XAVIER | COOMBS | N/A | Still open | Notification Letter has False Information | 176 | $176,000 |
| 20C0372PE | QUENTA | BROWN | N/A | Still open | False information, Letter Never Sent | 176 | $176,000 |
| 22C0114MISC | DANTE | BARNETT | N/A | Still open | Notification Letter is Internally Contradictory | 176 | $176,000 |
| 22C0297SOP | JAMAL | PRICE | N/A | Still open | Notification Letter is Internally Contradictory | 176 | $176,000 |
| 20C0212MISC | DEWITT | DARRETT | N/A | Still open | Notification Letter is Internally Contradictory | 176 | $176,000 |
| 22C0073UAF | ROBERT | SIMMONS | N/A | Still open | Notification Letter is Internally Contradictory | 176 | $176,000 |
| 22C0056SOP | LARESHA | SHAW | N/A | Still open | One or More Officers Missing from Notification Letter | 176 | $176,000 |
| 22C0020PE | DAVID | KYALO | N/A | Still open | One or More Officers Missing from Notification Letter | 176 | $176,000 |
| 22C0074UAF | ORLANDO | PITTS | N/A | Still open | One or More Officers Missing from Notification Letter | 176 | $176,000 |
| 22C0244MISC | MESERET | ANENIA | N/A | Still open | One or More Officers Missing from Notification Letter | 176 | $176,000 |
| | | | | | | **2,640** | **$2,640,000** |