**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **GEOFFREY CALHOUN, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.   ) | Case No. 1:09-CV-3286-TCB |
| ) | |
| **RICHARD PENNINGTON, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DECLARATION OF MOHAMED BALLA

1. My name is Mohamed Balla. I voluntarily and freely make this Declaration of my own personal knowledge and in my role as Chief Financial Officer of the City of Atlanta, for use as evidence in the above-styled action. I am over the age of twenty-one years, am suffering from no legal disability, and am competent and authorized to make this Declaration and testify to the statements and facts contained herein.

2. I have served as the City's Chief Financial Officer since July 2021. Prior to assuming this position, I spent almost nine years with the Department of Watershed Management, serving as the Chief Financial Officer and Deputy Commissioner of Financial Administration (November 2015 to July 2021), Interim Deputy (February 2014 to November 2015), and Finance Director (September 2012

1

to February 2014). I began my career with the City as a Performance Management Analyst in the Mayor's Office (January 2011 to December 2011) and Cash and Investment Manager in the Department of Finance (December 2011 to August 2012). Overall, I have dedicated more than twelve years of service to the City of Atlanta.

3. The General Fund is the primary funding source for the City of Atlanta's operating expenses. The general fund adopted budget for the 2024 fiscal year (July 1, 2023 through June 30, 2024) totals approximately $790 million. The City's overall operating budget for Fiscal Year 2024 is $2.5 billion, which includes Airport and Watershed funds, which are separate enterprise funds that cannot be utilized for general fund operations.

4. I directed the Deputy Budget Chief to prepare an analysis regarding the potential budget impact to the Atlanta Police Department ("APD" or the "Department") of sanctions in this matter, as proposed by Plaintiffs to be $5,288,000 to $9,110,000. I have reviewed the analysis of the Deputy Budget Chief and adopt it as my own.

5. Based on my experience, three areas of the budget likely would absorb the cost of sanctions: (1) Police Training; (2) Police Background and Recruitment; and (3) the Atlanta Citizen Review Board ("ACRB").

6. For the 2024 fiscal year, the budget for Police Training is $3,381,730, which is within the relatively consistent range of approximately $3 to $3.9 million (average of $3.1 million) since Fiscal Year 2011. Certain additional budgeted expenditures that flow through different cost centers, like travel for training, are not included.

7. Since 2018, the City has expended more than budgeted for Police Training in four out of six years because training is a priority, and new legislation and policy initiatives require it. Spending has increased approximately 30 percent since Fiscal Year 2011.

8. The City has adopted various legislation and policies to respond to and address conditions and events impacting APD operations, including, e.g., increased transparency through Body Worn Camera upgrades and improved training through virtual reality experiences for mental health crises, de-escalation, empathy, and peer intervention, among other capabilities and modernizations.

9. In addition to legislative mandates and new service requirements, the cost of operations for APD has increased due to inflation, competitive markets, and contracted escalation costs.

10. The proposed sanctions are approximately 156 percent to 269 percent of the full Fiscal Year 2024 training budget for APD. The lowest level of proposed

sanctions exceeds available funds by approximately $3 million as of November 2023.

11. To address shortages in police officers and to minimize the impact to current and future service delivery, the City developed an aggressive agenda to invest in police compensation and additional incentives for public safety recruitment and retention. The City's goal is to hire 750 officers over the next three years.

12. The City expended more than budgeted for recruiting and retention efforts in Fiscal Years 2021, 2022, and 2023.

13. For the 2024 fiscal year, the budget for Police Background and Recruitment is $1,033,233, an increase of approximately 200 percent since Fiscal Year 2011.  With less than half of Fiscal Year 2024 underway, however, the City has expended approximately 83 percent of the recruiting and retention budget.

14. The proposed sanctions constitute approximately 511 percent to 881 percent of the full Background and Recruitment budget.  The  lowest level of proposed sanctions exceeds available funds by more than $5.1 million as of November 2023.

15. The ACRB is an essential part of the Mayor's Public Safety and Safe Streets agendas, and its importance is reflected by the approximately 342 percent increase in the ACRB's budget since Fiscal Year 2011.

16. The key priorities for Fiscal Year 2024 reported to the Department of Finance by the ACRB during budget hearings include (1) increasing APD policy review and recommendations; (2) continuing to inform the public on officer accountability actions, issues, and trends; (3) increasing the number of ACRB-closed investigations; (4) continuing to make recommendations related to ACRB- and APD-sustained complaints and discipline; and (5) increasing review of disagreements between APD and the ACRB on dually-investigated matters, among others.

17. For the 2024 fiscal year, the budget for the ACRB is $1,637,975. The proposed sanctions constitute approximately 323 percent to 556 percent of the full ACRB budget. The lowest level of proposed sanctions exceeds available funds by more than $4 million as of November 2023.

18. APD does not have its own contingency or reserve fund for this type of expenditure. The City has a budgeted restricted reserve account in the Non-Departmental general fund operating budget. The best practice is to establish sound financial policies and guidelines for prudent decision-making related to financial matters. The policy is to use the funds for the following matters: (1) reduce the risk of financial impacts resulting from a natural disasters or other catastrophic events; (2) respond to the challenges of a changing economic environment, including prolonged downturns in the local, state, or national economy; and (3) provide

funding stability for core services and infrastructure funded through the General Fund. These funds require approval by the Mayor and City Council.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 28, 2023.

_____

Mohamed Balla
Chief Financial Officer