IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD PENNINGTON, et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-3286-TCB |

### **O R D E R**

This case comes before the Court on Defendant City of Atlanta's motion [530] to file a sur-reply to Plaintiffs' reply. Plaintiffs do not oppose this motion.

For good cause shown, this motion [530] is granted. The City may file a sur-reply to Plaintiffs' reply, not to exceed twenty pages, excluding exhibits. The sur-reply shall be filed on or before February 29, 2024.

IT IS SO ORDERED this 12th of February, 2024.

                                                Timothy C. Batten, Sr.
                                                Chief United States District Judge