IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>RICHARD PENNINGTON, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-3286-TCB |

# **O R D E R**

Pursuant to Local Rule 16.7, the Court has determined that this case should be referred to mediation. The Court hereby notifies the parties of its intent to appoint Joe D. Whitley as mediator in this case. The parties shall inform the Court, on or before March 15, 2024, of any objections to Mr. Whitley's appointment or any relationship with Mr. Whitley that would disqualify him. The Court will require the City to pay the fees associated with Mr. Whitley's services.

Barring objections, Mr. Whitley will review Plaintiffs' motion for sanctions [496], the parties' responses [505, 508], the parties'

recommendations on sanctions [515, 523, 528, 531, 536], and the Court's previous Orders on this issue [492, 512].

Furthermore, the proceedings in this case are stayed pending completion of the mediation, including consideration of the pending motion [496] for sanctions. The parties shall inform the Court of the mediation outcome within seven days of the mediation's conclusion. If the mediation is unsuccessful or resolves only some of the claims, the parties shall include with their update a joint proposed scheduling order that details what remains to be done in the case.

IT IS SO ORDERED this 4th of March, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge