# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEOFFREY CALHOUN, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**RICHARD PENNINGTON, et al.** )<br>)<br>**Defendants.** )<br>) | Case No. 1:09-CV-3286-TCB |

## JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT ORDER AND APPOINTMENT OF SPECIAL MASTER

Pursuant to this Court's mediation orders (Dkts. 541 and 548), the Parties hereby report that they have successfully completed mediation before Joe D. Whitley and respectfully request this Court's entry of the proposed Order agreed upon by the Parties and attached hereto as **Exhibit A**. The Parties are authorized to state that the mediator supports the entry of the attached proposed Order and agrees to serve as Special Master in accordance with its terms. In support of this joint motion, the Parties show as follows:

1.

This Court's March 6, 2024 Order directed the "proceedings in this case [be] stayed pending completion of [ ] mediation, including consideration of the pending motion [496] for sanctions," and appointed Joe D. Whitley as mediator. Dkt. 541.

The Court required that the Parties "inform the Court of the mediation outcome within seven days of the mediation's conclusion." *Id.* The Parties thereafter "requested that the mediation be expanded to permit them to address other issues between the Parties regarding this action," which this Court ordered on April 11, 2024. Dkt. 548.

2.

Following extensive in-person, virtual, and telephonic negotiations and with the assistance of Mr. Whitley and his team, the Parties have agreed upon the attached proposed Order in resolution of all currently outstanding disputes between them. Upon entry, the proposed Order will supersede all orders previously entered by the Court in this action, including without limitation this Court's November 29, 2018 Order (Dkt. 434) and October 3, 2023 Order (Dkt. 512), except that all obligations set forth in any previous order obligating the City to pay outstanding attorneys' fees accrued prior to the entry of the proposed Order shall remain in place.

3.

Pursuant to Section XII of the proposed Order and Fed. R. Civ. P. 53, the Parties further respectfully request that the Court appoint Joe D. Whitley as Special Master to serve in accordance with the terms of the proposed Order.

**WHEREFORE**, the Parties respectfully request that this Court grant this joint motion and enter the proposed Order attached hereto as **Exhibit A** and an order

appointing Joe D. Whitley as Special Master in accordance with the terms of the proposed Order.

Respectfully submitted, this 25th day of September, 2024.

| | |
|---|---|
| */s/ Daniel J. Grossman* | */s/ Thomas E. Reilly* |
| Daniel J. Grossman, GA Bar No. 313815 | Thomas E. Reilly, GA Bar No. 600195 |
| LAW OFFICE OF DANIEL J. GROSSMAN | W. Alex Smith, GA Bar No. 532647 |
| 5101 Old Highway 5, #701 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Lebanon, GA 30146 | 600 Peachtree Street, N.E., Suite 3000 |
| T: 404.654.0326 | Atlanta, Georgia 30308-2216 |
| Dan@DanGrossmanLaw.com | T: 404.885.3000 |
| | F: 404.885.3900 |
| ***Counsel for Plaintiffs*** | tom.reilly@troutman.com |
| | alex.smith@troutman.com |
| | ***Counsel for Defendant City of Atlanta*** |

## **<u>FONT CERTIFICATION</u>**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this filing complies with the type and font requirements set forth in Local Rule 5.1.

This 25th day of September, 2024.

*/s/ Thomas E. Reilly*
Thomas E. Reilly

5

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing *Joint Motion For Approval Of Proposed Consent Order And Appointment Of Special Master* was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants.

This 25th day of September, 2024.

*/s/ Thomas E. Reilly*
Thomas E. Reilly