IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD PENNINGTON, *et al.*, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NUMBER 1:09-cv-3286-TCB |

## **O R D E R**

Pursuant to Federal Rule of Civil Procedure 53 and Section XII of the consent order [552], the Court hereby appoints Joe D. Whitley as special master, to serve in accordance with the terms of the order.

IT IS SO ORDERED this 26th day of September, 2024.

Timothy C. Batten, Sr.
Chief United States District Judge