IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEOFFREY CALHOUN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD PENNINGTON, *et al.*, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NUMBER 1:09-cv-3286-TCB |

**O R D E R**

This case comes before the Court on Plaintiffs' motion [496] to impose sanctions. This motion is granted pursuant to the terms in Section XI of the consent order [552].

IT IS SO ORDERED this 26th day of September, 2024.

_____
Timothy C. Batten, Sr.
Chief United States District Judge